**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ALEVO USA, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  ALEVO, INC.**<br>**ALEVO ANALYTICS**<br>**ALEVO ENERGY, INC.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4343448** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2321 CONCORD PARKWAY S**<br>**Concord, NC 28027**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cabarrus**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **ALEVO.COM**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **ALEVO USA, INC.**                                             Case number (*if known*) _____
                  Name

**7.    Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____4236____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **ALEVO MANUFACTURING, INC.** | Relationship | **AFFILIATE** |
| District | **MIDDLE DISTRICT OF NORTH CAROLINA** | When _____ | Case number, if known _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor  **ALEVO USA, INC.**
_____  Case number (*if known*) _____
Name

| | |
|---|---|
| **11.** **Why is the case filed in** *this district?* | *Check all that apply:*<br><br>■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br><br>■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>■ Other   **FACILITY REQUIRES UTILITIES TO DETECT AND HANDLE POTENTIALLY HAZARDOUS GASES AND MATERIALS.**<br><br>**Where is the property?**   **2321 CONCORD PARKWAY S**<br>    **Concord, NC, 28027-0000**<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>■ Yes.   Insurance agency    **LOCKTON COMPANY LLC**<br>          Contact name      **DOUGLAS HUTCHERSON**<br>          Phone            **(404) 460-0700   dhutcherson@lockton.com** |

---

| ■ | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** . | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14.** **Estimated number of creditors** | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

| **15.** **Estimated Assets** | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.** **Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | ALEVO USA, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2017**
                MM / DD / YYYY

**X /s/ PETER HEINTZELMAN**                                 **PETER HEINTZELMAN**
Signature of authorized representative of debtor              Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X /s/ Terri L. Gardner**                                 Date  **August 18, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**Terri L. Gardner**
Printed name

**Nelson Mullins Riley & Scarborough LLP**
Firm name

**4140 Parklake Avenue, Suite 200**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **(919) 329-3800**      Email address   **terri.gardner@nelsonmullins.com**

**9809**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **ALEVO USA, INC.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 18, 2017**     X **/s/ PETER HEINTZELMAN**
                                        Signature of individual signing on behalf of debtor

                                        **PETER HEINTZELMAN**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **ALEVO USA, INC.**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AccruePartners, Inc. Department 720029 PO Box 1335 Charlotte, NC 28201 | accounting@accruepartners.com | Professional Search Firm | | | | $18,000.00 |
| American Express PO Box 360001 Fort Lauderdale, FL 33336 | | Credit Card | | | | $50,000.00 |
| Arthur Gallagher First Insurance PO Box 7000 Carol Stream, IL 60197-7000 | (704) 362-1997 | Broker Fee | | | | $13,698.36 |
| Bootsmead Leasing LLC 2820 Selwyn Avenue Suite 550 Charlotte, NC 28209 | Welford Tabor (704) 973-9001 | Lease of Real Property | Unliquidated | | | $693,600.00 |
| Carterbaldwin 200 Mansell Court E Roswell, GA 30076 | (770) 552-1088 | Professional Search Firm | | | | $34,519.73 |
| Chadbourne & Parke LLP 1200 New Hampshire Avenue NW Washington, DC 20036 | khansen@chadbourne.com | Legal services | | | | $20,436.20 |
| Customized Energy Solutions 1528 Walnut Street 22nd Floor Philadelphia, PA 19102 | sbarra@cel-ltd.com | Trade Debt | | | | $64,160.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | ALEVO USA, INC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deloitte Tax LLP 550 S. Tryon Street, Suite 2500 Charlotte, NC 28202** | **deloittepayments@ deloitte.com** | **Professional services** | | | | **$34,320.00** |
| **Grant Thornton LLP PO Box 532019 Atlanta, GA 30353** | **tom.coley@us.gt.c om** | **Professional services** | | | | **$38,814.00** |
| **Kuehne and Nagel 4100 North Commerce Drive CHB 4455 Atlanta, GA 30344** | **vinish.prasad@kuh n-nagel.com** | **Trade Debt** | | | | **$9,368.92** |
| **L&T Technology Services Limited 2035 Lincoln Highway #3002 Edison, NJ 08817** | **ashutosh.kumar@l ntechservices.com** | **Trade Debt** | | | | **$41,155.00** |
| **Latham & Watkins LLP 555 11th Street, NW Suite 1000 Washington, DC 20004-1304** | **(202) 637-2200** | **Professional services** | | | | **$33,047.50** |
| **Microsoft Corporation 1950 N Stemmons Freeway Suite 5010 LB #842467 Dallas, TX 75207** | **mscredit@microso ft.com** | **Trade Debt** | | | | **$14,703.60** |
| **Narrow Gate Energy PO Box 833 Burnet, TX 78611** | **info@narrowgatee nergy.com** | **Consultant** | **Disputed** | | | **$28,987.58** |
| **PierceGray 500 Davis Street, Suite 1005 Evanston, IL 60201** | **mhamlin@piercegr ay.com** | **Professional Services** | | | | **$65,387.54** |
| **SHI International Corporation 1301 South Mo-Pac Expressway Suite 100 Austin, TX 78746** | **Sydney Graeber sydney_graeber@s hi.com (888) 235-3871** | **Trade Debt** | | | | **$9,030.19** |
| **Skyline Exhibits & Events 4198 Eagle HIll Drive Suite 105 High Point, NC 27265** | **info@skyline-event s.com** | **Trade Debt** | | | | **$18,521.05** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Solar Promotion GmbH<br>Kiehnlestrasse 16<br>75172<br>Pforzheim, Germany** | **info@solarpromoti on.com<br>49 (0) 723158598-28** | **Trade Debt** | | | | **$10,110.80** |
| **Ventured Media<br>3694 SE Fairway East<br>Stuart, FL 34997** | **Amy Sexsmith**<br><br>**amy53694@gmail.c om<br>(772) 214-8064** | **Consultant** | | | | **$8,934.48** |
| **ZOHO Corporation<br>4141 Hacienda Drive<br>Pleasanton, CA 94588-8549** | **(925) 924-9600** | **Trade Debt** | | | | **$15,811.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **ALEVO USA, INC.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 18, 2017**

**/s/ PETER HEINTZELMAN**
**PETER HEINTZELMAN**/**PRESIDENT**
Signer/Title

8 X 8, Inc.
2125 O'Nel Drive
San Jose, CA 95131


AccruePartners, Inc.
Department 720029
PO Box 1335
Charlotte, NC 28201


Accu-Tech Corporation
A, 2801 Hutchison McDonald Road
Charlotte, NC 28269


ADP Payroll
3350 SW 148th Avenue, Suite 300
Hollywood, FL 33027


ADP Payroll Fees
3350 SW 148th Avenue, Suite 300
Hollywood, FL 33027


Afton Ridge Apartments
410 Starmount Park Boulevard
Concord, NC 28027


Alejandro J. Rios
661 NW 172 Terrace
Pembroke Pines, FL 33029


Alevo Group S.A.
c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland


American Express
PO Box 360001
Fort Lauderdale, FL 33336


Arthur Gallagher First Insurance
PO Box 7000
Carol Stream, IL 60197-7000

AvMed
PO Box 860363
Orlando, FL 32886


Axicom
67 Barnes High Street
SW13 9LE London


Blue Cross Blue Shield North Carolina
PO Box 580017
Charlotte, NC 28258-0017


Bootsmead Leasing LLC
2820 Selwyn Avenue
Suite 550
Charlotte, NC 28209


Buzzsumocom
44-46 Old Steine
Brighton, BN1 1NH


Cabarrus County Tax Collector
65 Church Street S
Concord, NC 28025


CareerBuilder, LLC
13047 Collection Center Drive
Chicago, IL 60693


Carolinas HealthCare System
PO Box 601428
Charlotte, NC 28260


Carterbaldwin
200 Mansell Court E
Roswell, GA 30076


Chadbourne & Parke LLP
1200 New Hampshire Avenue NW
Washington, DC 20036


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263

Citrix (GoToMeeting)
File 50264
Los Angeles, CA 90074


Cloudflare, Inc.
101 Townsend Street
San Francisco, CA 94107


Comcast Business
1701 JFK Boulevard
Philadelphia, PA 19103


Communication Supply Corporation
3462 Solution Center
Chicago, IL 60677


Cort
PO Box 17401
Baltimore, MD 21297-1401


Customized Energy Solutions
1528 Walnut Street
22nd Floor
Philadelphia, PA 19102


Davidson Holland Whitesell & Co. PLLC
209 13th Avenue NW, Suite 200
Hickory, NC 28601


Deloitte Tax LLP
550 S. Tryon Street, Suite 2500
Charlotte, NC 28202


Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226


Dingman IP Law PC
114 Turnpike Road, #108
Westborough, MA 01581


Dropbox Inc.
185 Berry Street, suite 400
San Francisco, CA 94107

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516


eFax Services
6922 Hollywood Boulevard, Suite 500
Los Angeles, CA 90028


EMA Design Automation
PO Box 23325
Rochester, NY 14692


Epstein Becker Green
PO Box 30036
New York, NY 10087


Facebook
1601 S. California Avenue
Palo Alto, CA 94304


Federal Express
PO Box 371461
Pittsburgh, PA 15250


GGP-Mizner Park, LLC-Office Series
PO Box 86
Minneapolis, MN 55486-2564


GoDaddy.com
14455 N Hayden Road Suite 219
Scottsdale, AZ 85260


Grant Thornton LLP
PO Box 532019
Atlanta, GA 30353


Greenview Data
8178 Jackson Road
Ann Arbor, MI 48103


H4 Hotels
Konrad-Zuse-Platz 14
D-81829 Munchen

Hagerstown Lift Department
425 East Baltimore Street
Hagerstown, MD 21740


HealthEquity
15 West Scenic Pointe Drive, Suite #400
Draper, UT 84020


Highland Mill Loft
2901 N Davidson Street
Charlotte, NC 28205


Hunter Starter
Firmapi SARL 5 Rue D'Alsace
69100 Villeurbanne, France


InfoGroup Sales
PO Box 957742
Saint Louis, MO 63195


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Boulevard
Greensboro, NC 27407-2734


Intuit
2700 Coast Avenue
Mountain View, CA 94043


JS Brands
7050 W Palmetto Park Road
Suite 15-421
Boca Raton, FL 33433


Kuehne and Nagel
4100 North Commerce Drive
CHB 4455
Atlanta, GA 30344

L&T Technology Services Limited
2035 Lincoln Highway #3002
Edison, NJ 08817


Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004-1304


Leader Group
Suite 209 Building A4 925 Yecheng Road
Jiading District
Shanghai China


Legacy Concord Land, LLC
5020 Avent Drive NW
Concord, NC 28027


Let It Shine Cleaning Services
3906 Caldwell Ridge Parkway
Charlotte, NC 28213


Liacouras & Smith LLP
1515 Market Street, Suite 808
Philadelphia, PA 19102


Linkedin
62228 Collections Center Drive
Chicago, IL 60693


Liquid Web Cloud
2703 Ena Drive
Lansing, MI 48917


Lockton Company LLC
Attn: Douglas Hutcherson
3280 Peachtree Road NE, Suite 250
Atlanta, GA 30305


MailChimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Avenue NE, Suite 5000
Atlanta, GA 30308

Messe Munchen GmbH
81823 Munchen
Messegelande


Microsoft Corporation
1950 N Stemmons Freeway
Suite 5010 LB #842467
Dallas, TX 75207


MSS Solutions, LLC
PO Box 538178
Atlanta, GA 30353-8178


Narrow Gate Energy
PO Box 833
Burnet, TX 78611


North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Norton Rose Fulbright US LLP
1200 New Hampshire Avenue NW
Washington, DC 20036


Piedmont Natural Gas Co, Inc.
PO Box 660920
Dallas, TX 75266-0920


PierceGray
500 Davis Street, Suite 1005
Evanston, IL 60201


Power Drives Inc.
8031 Pence Road
PO Box 25427
Charlotte, NC 28229


Principal Life
PO Box 9382
Des Moines, IA 50306

Print2CAD
601 Cleveland Street, Suite 310
Clearwater, FL 33755


Renee B. Colson
10301 Bearwallow Court
Charlotte, NC 28213


Rocus Group, LLC
PO Box 2593
Davidson, NC 28036


SHI International Corporation
1301 South Mo-Pac Expressway
Suite 100
Austin, TX 78746


Skyline Exhibits & Events
4198 Eagle HIll Drive
Suite 105
High Point, NC 27265


Solar Promotion GmbH
Kiehnlestrasse 16 75172
Pforzheim, Germany


Spectrum
PO Box 70872
Charlotte, NC 28272-0872


Spyfu
13835 N Northsight Boulevard, #100
Scottsdale, AZ 85260


Tasc
PO Box 88278
Milwaukee, WI 53288


TEKsystems, Inc.
PO Box 198568
Atlanta, GA 30384


The Employers Association
3020 W Arrowood Road
Charlotte, NC 28273

The Speedway Club
PO Box 600
Concord, NC 28026


Time Warner Cable
PO Box 70872
Charlotte, NC 28272


Time Warner Cable (Highland Mills)
PO Box 70872
Charlotte, NC 28272


Time Warner Cable (VIP)
PO Box 70872
Charlotte, NC 28272


Traction Sales and Marketing Inc.
2700 Production Way 5th Floor
Burnaby V5A 0C2


Twitter
1355 Market Street, Suite 900
San Francisco, CA 94103


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


USAble Life
PO Box 204678
Dallas, TX 75320


Ventured Media
3694 SE Fairway East
Stuart, FL 34997


Verizon
PO Box 660108
Dallas, TX 75266-0108


Walker Marketing Inc.
805 Trade Street NW, Suite 101
Concord, NC 28027

Wistia, Inc.
17 Tudor Street
Cambridge, MA 02139


WP Stagecoach.com
7511 Greenwood Avenue N, #523
Seattle, WA 98103


Wufoo
101 Lytton Avenue
Palo Alto, CA 94301


Yes Energy Management
PO Box 82571
Goleta, CA 93118-2571


Zoho
PO Box 742760
Los Angeles, CA 90074


ZOHO Corporation
4141 Hacienda Drive
Pleasanton, CA 94588-8549

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **ALEVO USA, INC.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ALEVO USA, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alevo International SA**

☐ None [*Check if applicable*]

**August 18, 2017**

Date

**/s/ Terri L. Gardner**

**Terri L. Gardner 9809**

Signature of Attorney or Litigant

Counsel for   **ALEVO USA, INC.**

**Nelson Mullins Riley & Scarborough LLP**

**4140 Parklake Avenue, Suite 200**
**Raleigh, NC 27612**
**(919) 329-3800 Fax:(919) 329-3799**
**terri.gardner@nelsonmullins.com**