Form 207

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 17−50876

IN THE MATTER OF:
Alevo USA, Inc.     45−4343448
2321 Concord Parkway S
Concord, NC 28027

Debtor(s)

TO THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Status hearing will be held at:

Courtroom 1, First Floor, 226 South Liberty Street, Winston−Salem, NC 27101

on 9/13/17 at 02:00 PM

to consider and act upon the following:

Bankruptcy Administrators Motion for Status Hearing. Filed by Bankruptcy Administrator William P. Miller. The BA further requests that the Debtor appear at this status hearing.

Dated: 8/21/17                                                                 OFFICE OF THE CLERK/ hlr

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.