UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:
Alevo USA, Inc.

Case No. B-17-50876

Debtor

Due to insufficient responses to the Notice of Formation of Creditors Committee in the above-referenced Chapter 11 bankruptcy case, no Unsecured Creditors Committee is being formed at this time.

Date: September 1, 2017

U. S. BANKRUPTCY ADMINISTRATOR

BY: s/Susan O. Gattis
Bankruptcy Analyst

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:
Alevo USA, Inc.

Case No. B-17-50876

Debtor

CERTIFICATE OF SERVICE

    This is to certify that on September 1, 2017, a copy of the Notice of No Formation of Creditors Committee in the above captioned case was duly served on the parties by first class mail or by electronic service through CM/ECF:

Customized Energy Solutions, Ltd.    Via electronic service    kbryers@ces-ltd.com

Bootsmead LeaseCo LLC    via electronic service    JJordan@KSLAW.com

By: s/Susan O. Gattis
Bankruptcy Analyst

U.S. Bankruptcy Administrator
101 S. Edgeworth Street
Greensboro, NC 27401
(336) 358-4170