**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF NORTH CAROLINA**

Case number (if known) **17-50876**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 15, 2017__      X /s/ PETER HEINTZELMAN
                                        Signature of individual signing on behalf of debtor

                                        **PETER HEINTZELMAN**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name        **ALEVO USA, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-50876**

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $   **1,769,968.71**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $   **1,769,968.71**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $   **660,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $   **155,022.37**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$   **57,560,359.65**

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b
                             $   **58,375,382.02**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **ALEVO USA, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50876**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **4160** | **$19,484.64** |
| 3.2. | **Bank of America, N.A.** | **Checking** | **3251** | **$1,042.33** |
| 3.3. | **Bank of America, N.A.** | **Investment** | **3468** | **$1,000.74** |
| 3.4. | **Wells Fargo Bank, N.A.** | **Checking** | **0910** | **$441.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $21,968.71 |
| --- | --- |

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**
Name

Case number *(If known)*   **17-50876**

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11b. Over 90 days old:   **0.00**  -   **0.00**  =....   **$0.00**
face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:   **118,000.00**  -   **0.00**  =....   **$118,000.00**
face amount                    doubtful or uncollectible accounts

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$118,000.00** |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                                % of ownership

15.1.   **Interest in subsidiaries as shown on the attached Schedule. None of the subsidiaries or sub-subsidiaries have any value or meaningful income other than ESS Snook Project, LLC. This entity owns a GridBank located in Hagerstown, Maryland with an estimated FMV of $1 million. There are currently no liens on the assets of ESS Snook Project, LLC.  It has several obligations for rent of property and utilities. The GridBank should soon be producing revenue that will benefit the Debtor. The investment in ESS Lewes Project, LLC includes an $180,000 transformer Amounts transferrred to subsidiaries: Alevo Construction Services $436,438.03 Alevo Texas Project Holdings $9,779.12 Alevo Delaware Project Holdings $4,519.00 ESS Lewes Project, LLC  $286,473.97 ESS Wesel Project, LLC$34,522 ESS Fairground Project  $40,167 EES Snook Project  $492,503.29**   **100** %   **N/A**   **$1,180,000.00**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

---

| Debtor | **ALEVO USA, INC.** | Case number *(If known)* **17-50876** |
| | Name | |

Describe:

| 17. | **Total of Part 4.** | | **$1,180,000.00** |
| | Add lines 14 through 16.  Copy the total to line 83. | | |

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Alevo Analytics, a division of the Debtor, owns a Super Micro Server, Thor Computer Racks, Thor Computer Wiring, Wall mounted TV, laptops, two desktop computers, IBM server rack, project servers, Ikea desks and conference table, chairs, marketing materials, the grid maestro trademark, and various contracts with clients, intellectual property that has been developed by employees, client lists, databases, licenses, domain names, a website, and other developed materials. Approximately $1.3 million was spent for the Super Micro computer and related assets in Sept. 2014. | **$0.00** | **N/A** | **$450,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

| 43. | **Total of Part 7.** | | **$450,000.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor    **ALEVO USA, INC.**                                     Case number *(If known)*  **17-50876**
          Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**The Debtor purchased equipment in the<br>premises that it leases in conjunction with<br>entry into lease. The purchase price of the<br>equipment was $2.5 million but the equipment<br>was essentially worthless and has been<br>scrapped.** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                                                    $0.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO USA, INC.**
Name    Case number *(If known)* **17-50876**

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **ALEVO USA, INC.**
     Name

Case number *(If known)* **17-50876**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,968.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $118,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,180,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $450,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,769,968.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,769,968.71 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Alevo Group S.A.**
Creditor's Name

c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**August 17, 2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets other than deposits, deposit accounts and chattel paper**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$660,000.00**
Column B: **$660,000.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$660,000.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **ALEVO USA, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50876**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alison Sloop**<br>**10555 Mt. Olive Road**<br>**Mount Pleasant, NC 28124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $932.67 | $932.67 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Amelia Langford**<br>**117 Faires Avenue**<br>**Belmont, NC 28012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,891.64 | $1,891.64 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        41577        Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | | Case number (if known) | **17-50876** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$545.83** | **$545.83** |
| | **Aminata Dent** | *Check all that apply.* | | | |
| | **6022 Delta Crossing Lane, Unit A** | ☐ Contingent | | | |
| | **Charlotte, NC 28212** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,610.07** | **$1,610.07** |
| | **Andrew Misenheimer** | *Check all that apply.* | | | |
| | **30439 Almond Drive** | ☐ Contingent | | | |
| | **Albemarle, NC 28001** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$3,828.83** | **$3,828.83** |
| | **Benjamin Lowe** | *Check all that apply.* | | | |
| | **2936 Winghaven Lane** | ☐ Contingent | | | |
| | **Charlotte, NC 28210** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$283.17** | **$283.17** |
| | **Bonita Powe** | *Check all that apply.* | | | |
| | **566 Coon Mt. Lane** | ☐ Contingent | | | |
| | **Taylorsville, NC 28681** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | | |

Debtor    **ALEVO USA, INC.**
_____  Case number (if known)    **17-50876**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**65 Church Street S**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | **$473.03** | **$473.03** |
|---|---|---|---|---|

**Carmen Rivas**
**10436 Grobie Way, Apt. 104**
**Charlotte, NC 28216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  **Unpaid PTO**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | **$198.40** | **$198.40** |
|---|---|---|---|---|

**Chad Bunker**
**5319 Hackberry Lane SW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  **Unpaid PTO**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | **$174.62** | **$174.62** |
|---|---|---|---|---|

**Christina Unneberg**
**18327 Mainsail Pointe Drive**
**Cornelius, NC 28031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  **Unpaid PTO**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number *(if known)* | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,092.52 | $3,092.52 |
|---|---|---|---|---|

**Clayborne Taylor**
**5430 Chiltern Hills Trail**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,796.58 | $4,796.58 |
|---|---|---|---|---|

**Craig Libman**
**7010 Paddle Wheel Lane**
**Indian Trail, NC 28079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.23 | $1,735.23 |
|---|---|---|---|---|

**Cristian Cocheci**
**106 Greyfriars Road**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,710.22 | $5,710.22 |
|---|---|---|---|---|

**David Keefer**
**8725 Indian Hill Road**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,178.10** | **$1,178.10** |
|---|---|---|---|---|

**Jake Wetzel**
**255 W. MLK Boulevard, Unit 1317**
**Charlotte, NC 28202**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,185.39** | **$1,185.39** |
|---|---|---|---|---|

**Jason Callaway**
**716 E Kingston Avenue**
**Charlotte, NC 28203**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.83** | **$1.83** |
|---|---|---|---|---|

**Jason Norman**
**5165 Binford Street, Apt 105**
**Concord, NC 28027**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.48 | $1,240.48 |
|---|---|---|---|---|

**Jason Norman**
**5165 Binford Street, Apt 105**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.68 | $714.68 |
|---|---|---|---|---|

**Jay G Johnson**
**P.O. Box #313**
**Deerfield Beach, FL 33443**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,982.48 | $8,982.48 |
|---|---|---|---|---|

**Jeffrey Drake**
**10945 McCamie Hill Place**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,160.27 | $14,160.27 |
|---|---|---|---|---|

**Jeffrey Gates**
**2028 Mecklenburg Avenue**
**Charlotte, NC 28205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ALEVO USA, INC.**        Case number *(if known)*    **17-50876**

        Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.75 | $1,674.75 |
|---|---|---|---|---|

**Jhonatam Cordeiro Rodrigues**
**225 North Cedar Street, Apt. 214**
**Charlotte, NC 28202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,810.51 | $2,810.51 |
|---|---|---|---|---|

**Joel Prevette**
**4445 Irishwoods Drive**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,887.50 | $2,887.50 |
|---|---|---|---|---|

**John Kless**
**8726 Taunton Drive**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.50 | $1,116.50 |
|---|---|---|---|---|

**Kelly Scallon**
**781 Cloister Court NW, Apt. 20**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,766.97 | $1,766.97 |
|---|---|---|---|---|

**Kimberly A Hadlock**
**1973 Sailfish Place**
**Pompano Beach, FL 33062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.83 | $653.83 |
|---|---|---|---|---|

**Malik Henry**
**248 Morning Dew Drive**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,110.80 | $3,110.80 |
|---|---|---|---|---|

**Michael Morrison**
**7447 US 64**
**Morganton, NC 28655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**
**Office Services Division**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,096.08** | **$12,850.00** |
|---|---|---|---|---|

**Peter Heintzelman**
**5040 Avent Drive NW, Apt. 107**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,954.38** | **$11,954.38** |
|---|---|---|---|---|

**Randell Johnson**
**20 Sienna Lane**
**Natick, MA 01760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,465.47** | **$1,465.47** |
|---|---|---|---|---|

**Ricardo Gutierrez Ochoa**
**1234 Cambridge Street**
**Gastonia, NC 28054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,668.87** | **$1,668.87** |
|---|---|---|---|---|

**Robert Blackburn**
**858 Lochmaben Street**
**Wake Forest, NC 27587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,473.85 | $4,473.85 |
|---|---|---|---|---|

**Robert Clary**
**5952 Pecan Valley Court**
**Harrisburg, NC 28075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,154.19 | $5,154.19 |
|---|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,496.88 | $12,850.00 |
|---|---|---|---|---|

**Scott Schotter**
**16153 Bristol Point Drive**
**Delray Beach, FL 33446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|

**Sravani Kuruganti**
**15207 Colonial Park Drive**
**Huntersville, NC 28078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,679.52** | **$3,679.52** |
|---|---|---|---|---|

**Stephen Trabucco**
**519 North Oak Drive**
**Huntersville, NC 28078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,849.06** | **$7,849.06** |
|---|---|---|---|---|

**Suthan Kailasapillai**
**311 Kerrydale Court**
**Clover, SC 29710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,695.11** | **$12,850.00** |
|---|---|---|---|---|

**Thomas O'Leary**
**2380 NW 49th Lane**
**Boca Raton, FL 33431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**U.S. Securities & Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, Suite**
**900**
**Atlanta, GA 30326-1382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor  **ALEVO USA, INC.**
_____
Name

Case number (if known)  **17-50876**

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.31 | $515.31 |
|---|---|---|---|---|

2.43  Priority creditor's name and mailing address

**Vessel Wilson**
**934 Berryhill Road**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.31    $515.31

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.44  Priority creditor's name and mailing address

**Yin Lei**
**1219 Lily Green Court NW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,886.50    $1,886.50

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.45  Priority creditor's name and mailing address

**Yu Xia**
**637 Mountainwater Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,790.25    $1,790.25

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

3.1  Nonpriority creditor's name and mailing address

**8 X 8, Inc.**
**2125 O'Nel Drive**
**San Jose, CA 95131**

Date(s) debt was incurred _
Last 4 digits of account number  **1745**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

3.2  Nonpriority creditor's name and mailing address

**AccruePartners, Inc.**
**Department 720029**
**PO Box 1335**
**Charlotte, NC 28201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Search Firm**

Is the claim subject to offset? ■ No ☐ Yes

$18,000.00

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$932.76** |
|---|---|---|---|

**Accu-Tech Corporation**
**A, 2801 Hutchison McDonald Road**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ADP Payroll**
**3350 SW 148th Avenue, Suite 300**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**ADP Payroll Fees**
**3350 SW 148th Avenue, Suite 300**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Afton Ridge Apartments**
**410 Starmount Park Boulevard**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Alejandro J. Rios**
**661 NW 172 Terrace**
**Pembroke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,709,848.00** |
|---|---|---|---|

**Alevo Group S.A.**
**c/o Markus Adler**
**Chief General Counsel**
**Rue des Finettes 110**
**1920 Martigny | Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$452.36** |
|---|---|---|---|

**Alison Sloop**
**10555 Mt. Olive Road**
**Mount Pleasant, NC 28124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ALEVO USA, INC.**
_____
Name

Case number (if known)    **17-50876**
_____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**American Express**
**PO Box 360001**
**Fort Lauderdale, FL 33336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.99 |
|---|---|---|---|

**Andrew Misenheimer**
**30439 Almond Drive**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,698.36 |
|---|---|---|---|

**Arthur Gallagher First Insurance**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Broker Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,357.00 |
|---|---|---|---|

**AvMed**
**PO Box 860363**
**Orlando, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,583.46 |
|---|---|---|---|

**Axicom**
**67 Barnes High Street**
**SW13 9LE London**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,241.93 |
|---|---|---|---|

**Benjamin Lowe**
**2936 Winghaven Lane**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blue Cross Blue Shield North Carolina**
**PO Box 580017**
**Charlotte, NC 28258-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|--------|---------------------|------------------------|--------------|
|        | Name                |                        |              |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|-------|

**Bootsmead LeaseCo, LLC**
**2820 Selwyn Avenue**
**Suite 550**
**Charlotte, NC 28209**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Lease of Real Property**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|--------|

**Buzzsumocom**
**44-46 Old Steine**
**Brighton, BN1 1NH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|---------|

**CareerBuilder, LLC**
**13047 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.94 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Carolinas HealthCare System**
**PO Box 601428**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,519.73 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**Carterbaldwin**
**200 Mansell Court E**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Professional Search Firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,436.20 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**Chadbourne & Parke LLP**
**1200 New Hampshire Avenue NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.90 |
|------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Cintas Corporation**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number *(if known)* | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Citrix (GoToMeeting)**
**File 50264**
**Los Angeles, CA 90074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Clayborne Taylor**
**5430 Chiltern Hills Trail**
**Charlotte, NC 28215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$5,257.18**

---

**3.26** | Nonpriority creditor's name and mailing address
**Cloudflare, Inc.**
**101 Townsend Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Comcast Business**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$189.50**

---

**3.28** | Nonpriority creditor's name and mailing address
**Communication Supply Corporation**
**3462 Solution Center**
**Chicago, IL 60677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29.43**

---

**3.29** | Nonpriority creditor's name and mailing address
**Cort**
**PO Box 17401**
**Baltimore, MD 21297-1401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$272.99**

---

**3.30** | Nonpriority creditor's name and mailing address
**Cristian Cocheci**
**106 Greyfriars Road**
**Mooresville, NC 28117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.89**

---

Debtor   **ALEVO USA, INC.**                                     Case number (if known)   **17-50876**

_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,160.00** |
|---|---|---|---|

**Customized Energy Solutions**
**1528 Walnut Street**
**22nd Floor**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.50** |
|---|---|---|---|

**Davidson Holland Whitesell & Co. PLLC**
**209 13th Avenue NW, Suite 200**
**Hickory, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,320.00** |
|---|---|---|---|

**Deloitte Tax LLP**
**550 S. Tryon Street, Suite 2500**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Professional Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,043.17** |
|---|---|---|---|

**Dickinson Wright PLLC**
**500 Woodward Avenue, Suite 4000**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,791.62** |
|---|---|---|---|

**Dingman IP Law PC**
**114 Turnpike Road, #108**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Dropbox Inc.**
**185 Berry Street, suite 400**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.88** |
|---|---|---|---|

**Duke Energy**
**PO Box 70516**
**Charlotte, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  8453

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | ALEVO USA, INC. | Case number (if known) | 17-50876 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

eFax Services
6922 Hollywood Boulevard, Suite 500
Los Angeles, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,276.00 |
|---|---|---|---|

EMA Design Automation
PO Box 23325
Rochester, NY 14692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,255.00 |
|---|---|---|---|

Epstein Becker Green
PO Box 30036
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.25 |
|---|---|---|---|

Facebook
1601 S. California Avenue
Palo Alto, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.80 |
|---|---|---|---|

Federal Express
PO Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,704.06 |
|---|---|---|---|

GGP-Mizner Park, LLC-Office Series
PO Box 86
Minneapolis, MN 55486-2564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.99 |
|---|---|---|---|

GoDaddy.com
14455 N Hayden Road Suite 219
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO USA, INC.**                                                    Case number (if known)    **17-50876**

Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,814.00 |
|------|---|---|---|

**Grant Thornton LLP**
**PO Box 532019**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364.00 |
|------|---|---|---|

**Greenview Data**
**8178 Jackson Road**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,259.10 |
|------|---|---|---|

**H4 Hotels**
**Konrad-Zuse-Platz 14**
**D-81829 Munchen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|---|---|---|

**Hagerstown Light Department**
**425 East Baltimore Street**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|------|---|---|---|

**HealthEquity**
**15 West Scenic Pointe Drive, Suite #400**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.00 |
|------|---|---|---|

**Highland Mill Loft**
**2901 N Davidson Street**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |
|------|---|---|---|

**Hunter Starter**
**Firmapi SARL 5 Rue D'Alsace**
**69100 Villeurbanne, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __ALEVO USA, INC._____     Case number (if known) __17-50876__
      Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

**3.52** **Nonpriority creditor's name and mailing address**
**InfoGroup Sales**
**PO Box 957742**
**Saint Louis, MO 63195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

**3.53** **Nonpriority creditor's name and mailing address**
**Intuit**
**2700 Coast Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$980.00**

---

**3.54** **Nonpriority creditor's name and mailing address**
**Jake Wetzel**
**255 W. MLK Boulevard, Unit 1317**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$689.68**

---

**3.55** **Nonpriority creditor's name and mailing address**
**Jay G Johnson**
**P.O. Box #313**
**Deerfield Beach, FL 33443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$3,491.56**

---

**3.56** **Nonpriority creditor's name and mailing address**
**Jeffrey Drake**
**10945 McCamie Hill Place**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$18,135.46**

---

**3.57** **Nonpriority creditor's name and mailing address**
**Jeffrey Gates**
**2028 Mecklenburg Avenue**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$22,189.31**

---

**3.58** **Nonpriority creditor's name and mailing address**
**Jhonatam Cordeiro Rodrigues**
**225 North Cedar Street, Apt. 214**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$876.69**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.12** |
|---|---|---|---|

**Joel Prevette**
**4445 Irishwoods Drive**
**Concord, NC 28025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.46** |
|---|---|---|---|

**John Kless**
**8726 Taunton Drive**
**Huntersville, NC 28078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,785.23** |
|---|---|---|---|

**JS Brands**
**7050 W Palmetto Park Road**
**Suite 15-421**
**Boca Raton, FL 33433**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.69** |
|---|---|---|---|

**Kelly Scallon**
**781 Cloister Court NW, Apt. 20**
**Concord, NC 28027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,773.97** |
|---|---|---|---|

**Kimberly A Hadlock**
**1973 Sailfish Place**
**Pompano Beach, FL 33062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,368.92** |
|---|---|---|---|

**Kuehne and Nagel**
**4100 North Commerce Drive**
**CHB 4455**
**Atlanta, GA 30344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,155.00** |
|---|---|---|---|

**L&T Technology Services Limited**
**2035 Lincoln Highway #3002**
**Edison, NJ 08817**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,047.50** |
|---|---|---|---|

**Latham & Watkins LLP**
**555 11th Street, NW**
**Suite 1000**
**Washington, DC 20004-1304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Professional Services_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Leader Group**
**Suite 209 Building A4 925 Yecheng Road**
**Jiading District**
**Shanghai China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,959.95** |
|---|---|---|---|

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Let It Shine Cleaning Services**
**3906 Caldwell Ridge Parkway**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,917.50** |
|---|---|---|---|

**Liacouras & Smith LLP**
**1515 Market Street, Suite 808**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,986.02** |
|---|---|---|---|

**Linkedin**
**62228 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Liquid Web Cloud**
**2703 Ena Drive**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ALEVO USA, INC.**      Case number (if known)   **17-50876**

Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lockton Company LLC**
**Attn: Douglas Hutcherson**
**3280 Peachtree Road NE, Suite 250**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**MailChimp**
**c/o The Rocket Science Group, LLC**
**675 Ponce de Leon Avenue NE, Suite 5000**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$336.00** |
|---|---|---|---|

**Messe Munchen GmbH**
**81823 Munchen**
**Messegelande**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,970.95** |
|---|---|---|---|

**Michael Morrison**
**7447 US 64**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,703.60** |
|---|---|---|---|

**Microsoft Corporation**
**1950 N Stemmons Freeway**
**Suite 5010 LB #842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,511.40** |
|---|---|---|---|

**MSS Solutions, LLC**
**PO Box 538178**
**Atlanta, GA 30353-8178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,987.58** |
|---|---|---|---|

**Narrow Gate Energy**
**PO Box 833**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consultant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ALEVO USA, INC.**
Name

Case number (if known)   **17-50876**

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**Norton Rose Fulbright US LLP**
**1200 New Hampshire Avenue NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.49** |
|---|---|---|---|

**Piedmont Natural Gas Co, Inc.**
**PO Box 660920**
**Dallas, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,387.54** |
|---|---|---|---|

**PierceGray**
**500 Davis Street, Suite 1005**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,204.85** |
|---|---|---|---|

**Power Drives Inc.**
**8031 Pence Road**
**PO Box 25427**
**Charlotte, NC 28229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Principal Life**
**PO Box 9382**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |
|---|---|---|---|

**Print2CAD**
**601 Cleveland Street, Suite 310**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,195.25** |
|---|---|---|---|

**Randell Johnson**
**20 Sienna Lane**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,102.00 |
|---|---|---|---|

**Renee B. Colson**
**10301 Bearwallow Court**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,209.36 |
|---|---|---|---|

**Robert Blackburn**
**858 Lochmaben Street**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,497.24 |
|---|---|---|---|

**Robert Clary**
**5952 Pecan Valley Court**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,390.14 |
|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.97 |
|---|---|---|---|

**Rocus Group, LLC**
**PO Box 2593**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,442.31 |
|---|---|---|---|

**Scott Schotter**
**16153 Bristol Point Drive**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,030.19 |
|---|---|---|---|

**SHI International Corporation**
**1301 South Mo-Pac Expressway**
**Suite 100**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,521.05**

**Skyline Exhibits & Events**
**4198 Eagle HIll Drive**
**Suite 105**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,110.80**

**Solar Promotion GmbH**
**Kiehnlestrasse 16 75172**
**Pforzheim, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.96**

**Spectrum**
**PO Box 70872**
**Charlotte, NC 28272-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _2001_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

**Spyfu**
**13835 N Northsight Boulevard, #100**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.77**

**Sravani Kuruganti**
**15207 Colonial Park Drive**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,849.06**

**Suthan Kailasapillai**
**311 Kerrydale Court**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Tasc**
**PO Box 88278**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,792.00** |
|---|---|---|---|

**TEKsystems, Inc.**
**PO Box 198568**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,897.00** |
|---|---|---|---|

**The Employers Association**
**3020 W Arrowood Road**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.26** |
|---|---|---|---|

**The Speedway Club**
**PO Box 600**
**Concord, NC 28026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,963.58** |
|---|---|---|---|

**Thomas O'Leary**
**2380 NW 49th Lane**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.96** |
|---|---|---|---|

**Time Warner Cable**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Time Warner Cable (Highland Mills)**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$433.00** |
|---|---|---|---|

**Time Warner Cable (VIP)**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | Case number *(if known)* | **17-50876** |
|---|---|---|---|
| | Name | | |

**3.108** Nonpriority creditor's name and mailing address

**Traction Sales and Marketing Inc.**
**2700 Production Way 5th Floor**
**Burnaby V5A 0C2**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,380.00**

---

**3.109** Nonpriority creditor's name and mailing address

**Twitter**
**1355 Market Street, Suite 900**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$124.00**

---

**3.110** Nonpriority creditor's name and mailing address

**USAble Life**
**PO Box 204678**
**Dallas, TX 75320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.111** Nonpriority creditor's name and mailing address

**Ventured Media**
**3694 SE Fairway East**
**Stuart, FL 34997**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consultant__

Is the claim subject to offset? ■ No  ☐ Yes

**$8,934.48**

---

**3.112** Nonpriority creditor's name and mailing address

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred __

Last 4 digits of account number __0001__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$417.63**

---

**3.113** Nonpriority creditor's name and mailing address

**Walker Marketing Inc.**
**805 Trade Street NW, Suite 101**
**Concord, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.114** Nonpriority creditor's name and mailing address

**Wistia, Inc.**
**17 Tudor Street**
**Cambridge, MA 02139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **ALEVO USA, INC.**
_____
Name
Case number *(if known)*   **17-50876**

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**WP Stagecoach.com**
**7511 Greenwood Avenue N, #523**
**Seattle, WA 98103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.95 |
|---|---|---|---|

**Wufoo**
**101 Lytton Avenue**
**Palo Alto, CA 94301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.35 |
|---|---|---|---|

**Yes Energy Management**
**PO Box 82571**
**Goleta, CA 93118-2571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $874.46 |
|---|---|---|---|

**Yin Lei**
**1219 Lily Green Court NW**
**Concord, NC 28027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.42 |
|---|---|---|---|

**Yu Xia**
**637 Mountainwater Drive**
**Charlotte, NC 28262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Zoho**
**PO Box 742760**
**Los Angeles, CA 90074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,811.00 |
|---|---|---|---|

**ZOHO Corporation**
**4141 Hacienda Drive**
**Pleasanton, CA 94588-8549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor  **ALEVO USA, INC.**
_____
Name

Case number (if known)  **17-50876**
_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Office of Chief Counsel**<br>**Alamance Building, Mail Stop 24**<br>**4905 Koger Boulevard**<br>**Greensboro, NC 27407-2734** | Line  **2.15**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 155,022.37 |
| **5b. Total claims from Part 2** | 5b. + | $ 57,560,359.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 57,715,382.02 |

| Fill in this information to identify the case: |
|---|

Debtor name    **ALEVO USA, INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-50876**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consulting Agreement with Alevo Analytics, a division of Alevo USA, Inc.**<br><br><br>**Absaroka Energy Development Group**<br>**209 S Willson**<br>**Bozeman, MT 59715** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Apartment Lease 6/16 - 6/17**<br><br><br>**Afton Ridge Apartments**<br>**410 Starmount Park Boulevard**<br>**Concord, NC 28027** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cyber Liability Policy, Policy No. 9177, Policy Dates 10/1/16/10/1/17, Coverage Limit 1,000,000**<br><br>**AIG Specialty Insurance**<br>**175 Water Street, 18th Floor**<br>**New York, NY 10038** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Non-Disclosure Agreement**<br><br><br>**Bermuda Electric Light Company Limited**<br>**27 Serpentine Road**<br>**Pembroke HM 07, Bermuda** |

Debtor 1  **ALEVO USA, INC.**

First Name          Middle Name          Last Name

Case number *(if known)*   **17-50876**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 1590 acres in Cabarrus County, NC including manufacturing plant and all other buildings and power plants and other improvements. Effective date of the lease was October 31, 2014 for 30 year term; $10 million cash deposit.  Rent of $666,666.67 per month, increasing annually to $1,183,896 per month in year 30.**<br>**17 years**<br><br>**Bootsmead LeaseCo, LLC**<br>**2820 Selwyn Avenue**<br>**Suite 550**<br>**Charlotte, NC 28209** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor Professional Services Agreement with Alevo Analytics, a division of Alevo USA, Inc.**<br><br>**Customized Energy Solutions**<br>**1528 Walnut Street**<br>**22nd Floor**<br>**Philadelphia, PA 19102** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Property Damage Policy, Policy No. 3299, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 155,816,823**<br><br>**Fireman's Fund Insurance Company**<br>**777 San Marin Drive**<br>**Novato, CA 94945** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Boca Raton Office Lease 9/15 - 8/17**<br><br>**GGP-Mizner Park, LLC-Office Series**<br>**PO Box 86**<br>**Minneapolis, MN 55486-2564** |

Debtor 1  **ALEVO USA, INC.**
    First Name        Middle Name        Last Name

Case number *(if known)*   **17-50876**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Energy, LLC** |
| | List the contract number of any government contract | | **954 Ponce de Leon Avenue Miramar Plaza, Suite 203 San Juan, PR 00907** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **IHI Power Services Corp.** |
| | List the contract number of any government contract | | **95 Enterprise Drive, Suite 300 Aliso Viejo, CA 92656** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Pollution Liability Policy, Policy No. 3601, Policy Dates 10/1/16 - 10/1/19, Coverage Limit 1,000,000** | |
|---|---|---|---|
| | State the term remaining | | **Ironshore Specialty Insurance Company** |
| | List the contract number of any government contract | | **PO Box 3407 New York, NY 10008** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Key Capture Energy, Inc.** |
| | List the contract number of any government contract | | **418 Broadway, 3rd Floor Albany, NY 12207** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | **20 years** | **Kiwi Power Battery Ltd. Attn: Stephan Marty** |
| | List the contract number of any government contract | | **45 Broadwick Street London W1F 9QW United Kingdom** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kiwi Power Battery Ltd. Attn: Stephan Marty 45 Broadwick Street London W1F 9QW United Kingdom** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **ALEVO USA, INC.**
First Name          Middle Name          Last Name

Case number *(if known)*    **17-50876**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease 11/16 - 11/17**

State the term remaining

List the contract number of any government contract

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**General Liability - Commercial Policy, Policy No. TB7-Z51-291579-017**

State the term remaining

List the contract number of any government contract

**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02116**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Umbrella - Commercial Policy, Policy No. TH7-Z51-291579-027**

State the term remaining

List the contract number of any government contract

**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02116**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Fee Agreement - Professional Services**

State the term remaining

List the contract number of any government contract

**Lockton**
**c/o Bank of America**
**PO Box 741732**
**Atlanta, GA 30374-1732**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Professional/General Liability Insurance, Policy No. 6509, Policy Dates 6/1/17 - 6/1/18, Coverage Limit 3,000,000**

State the term remaining

List the contract number of any government contract

**MedPro**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **ALEVO USA, INC.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-50876**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy, Policy No. 6509, Policy Dates 6/1/17-6/1/18, Coverage Limit 10,000,000** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MedPro** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for energy storage analysis for the provinces of Ontario and Alberta** | |
|---|---|---|---|
| | State the term remaining | | **National Research Council Canada Procurement Services Building M-22, 1200 Montrel Road Ottawa, Ontario K1A 0R6** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation Policy, Policy No. MORE16, Policy Dates 1/1/17 - 1/1/18, Coverage Limit 1,500,000** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NCHEWCF** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Nippon Solar Services 4th Floor Daisan Toranomon Denki Building 1-2-20 Toranomon Minato-ku, Tokyo 105-0001** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ORMAT Technologies, Inc. 6225 Neil Road Reno, NV 89511-1136** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Smart Wires Inc. 201 Spear Street, Suite 1350 San Francisco, CA 94105** |

Debtor 1  **ALEVO USA, INC.**
First Name          Middle Name          Last Name

Case number (if known)   **17-50876**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Liability Policy, Policy No. 0161, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 1,000,000** | |
|---|---|---|---|
| | State the term remaining | | **The First Liberty Ins. Corp. 175 Berkeley Street Boston, MA 02116** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Directors & Officers Liability Policy, Policy No. 9543, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 5,000,000** | |
|---|---|---|---|
| | State the term remaining | | **Travelers Casualty & Surety Co. 1 Tower Square Hartford, CT 06183** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Crime - WRAP Policy, Policy No. 5779, Policy Dates 10/1/16 - 10/1/18, Coverage Limit 1,000,000** | |
|---|---|---|---|
| | State the term remaining | | **Travelers Casualty & Surety Co. 1 Tower Square Hartford, CT 06183** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Property, Policy No. KTK-CMB-4J27250-3-17** | |
|---|---|---|---|
| | State the term remaining | | **Travelers Casualty & Surety Co. 1 Tower Square Hartford, CT 06183** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Self-insurance Stop/Loss Insurance, Policy No. 1877, Policy Dates 1/1/17 - 1/1/18, Coverage Limit Unlimited** | |
|---|---|---|---|
| | State the term remaining | | **Unimerica Insurance Company 935 N. Avalon Boulevard Wilmington, CA 90744** |

Debtor 1  **ALEVO USA, INC.**                                        Case number (*if known*)  **17-50876**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract          _____

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Siaya Solar Project Battery Storage Integration Technical Assistance** | |
|---|---|---|---|
| | State the term remaining | | **Xago Africa Limited** **Attn: Julian E. Oteng, Dir. of Operation** **PO Box 59441-00200** **Nairobi, Kenya** |
| | List the contract number of any government contract | _____ | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Grant Agreement for technical assistance** | |
|---|---|---|---|
| | State the term remaining | | **Xago Africa Limited** **5/F Commodore Office Suites** **Kindaruma Road, Kilimani** **PO Box 59441-00200** **Nairobi, Kenya** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **ORMAT Technologies, Inc.** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.14___ |
| 2.2 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **Bootsmead LeaseCo, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.29___ |
| 2.3 | **Alevo International SA** | **Rue Des Finette 110**<br>**Martigny, Valais, 1920 Switzerland** | **Kiwi Power Battery Ltd.** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.13___ |

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50876**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $177,804.39 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other  **ESS Snook** | $9,369.65 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $343,673.14 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $124,204.62 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO USA, INC.**                                                           Case number *(if known)*  **17-50876**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **ADP Payroll**<br>**3350 SW 148th Avenue, Suite 300**<br>**Hollywood, FL 33027** | **Various** | **$7,677,283.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Payroll**__ |
| 3.2.  **Alejandro J. Rios**<br>**661 NW 172 Terrace**<br>**Pembroke Pines, FL 33029** | **Various** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | **Various** | **$336,645.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__**Credit Card**__ |
| 3.4.  **Angela Brady-Williams**<br>**5912 Downington Place NW**<br>**Acworth, GA 30101** | **Various** | **$12,510.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Avista Real Time Systems**<br>**10015 Old Columbia Road, Suite B215**<br>**Columbia, MD 21046** | **Various** | **$13,157.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **Axicom**<br>**67 Barnes High Street**<br>**SW13 9LE London** | **Various** | **$17,784.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Blue Cross Blue Shield**<br>**PO Box 580017**<br>**Charlotte, NC 28258-0017** | **Various** | **$260,471.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Medical**__ |

Debtor    **ALEVO USA, INC.**                                                        Case number *(if known)* **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Board of Public Works**<br>**107 Franklin Avenue**<br>**Lewes, DE 19958** | **Various** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.9. **Bootsmead LeaseCo, LLC**<br>**2820 Selwyn Avenue**<br>**Suite 550**<br>**Charlotte, NC 28209** | **Various** | **$2,770,638.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__**Rent**__ |
| 3.10. **Capax Resources**<br>**590 Headquarters Plaza**<br>**East Tower, 5th Floor**<br>**Morristown, NJ 07960** | **Various** | **$20,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.11. **Carterbaldwin**<br>**200 Mansell Court E**<br>**Roswell, GA 30076** | **Various** | **$35,212.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **CIS Capital**<br>**270 Greenwich Avenue**<br>**Greenwich, CT 06830** | **Various** | **$12,283.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.13. **City of Hagerstown**<br>**425 East Baltimore Street**<br>**Hagerstown, MD 21740** | **Various** | **$11,045.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.14. **CNP Technologies, LLC**<br>**806 Tyvola Road**<br>**Suite 102**<br>**Charlotte, NC 28217** | **Various** | **$4,665.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Customized Energy Solutions**<br>**1528 Walnut Street**<br>**22nd Floor**<br>**Philadelphia, PA 19102** | **Various** | **$10,430.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**

Case number *(if known)*    **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Diamond Electric, Inc.**<br>**5628 Red Hill Road**<br>**Keedysville, MD 21756** | **Various** | **$47,668.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Ekaterina Kovalenko**<br>**7001 Grand Summit Blvd., #7311**<br>**Concord, NC 28027** | **Various** | **$49,815.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **Epstein Becker Green**<br>**PO Box 30036**<br>**New York, NY 10087** | **Various** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **First Insurance Funding Corp.**<br>**450 Skokie Boulevard**<br>**Northbrook, IL 60062-7917** | **Various** | **$21,320.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **FMMI Freiburg Management and Marketing**<br>**Rathausgasse 33**<br>**79098 Freiburg Germany** | **Various** | **$14,060.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **GGP-Mizner Park, LLC-Office Series**<br>**PO Box 86**<br>**Minneapolis, MN 55486-2564** | **Various** | **$18,222.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.22. **Hagerstown Light Department**<br>**425 East Baltimore Street**<br>**Hagerstown, MD 21740** | **Various** | **$22,679.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **HealthEquity**<br>**15 West Scenic Pointe Drive, Suite #400**<br>**Draper, UT 84020** | **Various** | **$51,040.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **ALEVO USA, INC.**                                                  Case number *(if known)*   **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **Highland Mill Loft**<br>**2901 N Davidson Street**<br>**Charlotte, NC 28205** | **Various** | **$8,567.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Apartment Rent** |
| 3.25. **Hioki USA Corporation**<br>**6 Corporation Drive**<br>**Cranbury, NJ 08512** | **Various** | **$28,939.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.26. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Various** | **$8,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.27. **JS Brands**<br>**7050 W Palmetto Park Road**<br>**Suite 15-421**<br>**Boca Raton, FL 33433** | **Various** | **$22,161.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.28. **Latham & Watkins LLP**<br>**555 11th Street, NW**<br>**Suite 1000**<br>**Washington, DC 20004-1304** | **Various** | **$54,030.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.29. **Linkedin**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693** | **Various** | **$8,202.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.30. **Lockton**<br>**c/o Bank of America**<br>**PO Box 741732**<br>**Atlanta, GA 30374-1732** | **Various** | **$492,066.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.31. **Logmein**<br>**Los Angeles, CA 90074-0264** | **Various** | **$7,294.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                     Case number (if known)  **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.32<br>. | **Messe Freiburg**<br>**Europaplatz1**<br>**79108 Freiburg Germany** | **Various** | **$22,364.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33<br>. | **Messe Munchen GmbH**<br>**81823 Munchen**<br>**Messegelande** | **Various** | **$11,378.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>. | **Microsoft Corporation**<br>**1950 N Stemmons Freeway**<br>**Suite 5010 LB #842467**<br>**Dallas, TX 75207** | **Various** | **$11,233.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.35<br>. | **MSS Solutions, LLC**<br>**PO Box 538178**<br>**Atlanta, GA 30353-8178** | **Various** | **$10,818.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36<br>. | **Nelson Mullins Riley & Scarborough**<br>**LLP**<br>**PO Box 11070**<br>**Columbia, SC 29211-1070** | **Various** | **$217,132.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Legal Services and**<br>**bankruptcy retainer** |
| 3.37<br>. | **Principal Life**<br>**PO Box 9382**<br>**Des Moines, IA 50306** | **Various** | **$418,248.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.38<br>. | **Red Pepper Group**<br>**811 E. Hillsboro Boulevard**<br>**Deerfield Beach, FL 33441** | **Various** | **$9,395.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.39<br>. | **Renee B. Colson**<br>**10301 Bearwallow Court**<br>**Charlotte, NC 28213** | **Various** | **$13,280.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO USA, INC.**                                          Case number *(if known)*    **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.40. **SHI International Corp**<br>PO Box 952121<br>Dallas, TX 75395-2121 | **Various** | **$17,115.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. **Solar Promotion GmbH**<br>Kiehnlestrasse 16 75172<br>Pforzheim, Germany | **Various** | **$8,033.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Solomon Corp**<br>40 Wall Street, 35th Floor<br>New York, NY 10005-1304 | **Various** | **$27,812.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Southeast Series of Lockton Companies, L**<br>PO Box 741732<br>Atlanta, GA 30374-1732 | **Various** | **$41,226.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. **Talent Bridge**<br>PO Box 213<br>Warsaw, NY 14569 | **Various** | **$1,772,840.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.45. **Tasc**<br>PO Box 88278<br>Milwaukee, WI 53288 | **Various** | **$53,903.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **TEKsystems, Inc.**<br>PO Box 198568<br>Atlanta, GA 30384 | **Various** | **$18,201.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **The Holt Group**<br>4198 Eagle Hill Drive, Suite 105<br>High Point, NC 27265 | **Various** | **$39,647.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                    Case number *(if known)*  **17-50876**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.48. | **USAble Life**<br>**PO Box 204678**<br>**Dallas, TX 75320** | **Various** | **$65,546.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.49. | **Ventured Media Solutions**<br>**3694 SW Fairway East**<br>**Stuart, FL 34997** | **Various** | **$29,491.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Debtor    **ALEVO USA, INC.**        Case number *(if known)*   **17-50876**

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nelson Mullins Riley & Scarborough LLP**<br>**4140 Parklake Avenue, Suite 200**<br>**Raleigh, NC 27610** | **During the month of July 2017, NMRS billed a total of $33,880 in fees and $189 in expenses for general discussion of and general preparation for a chapter 11 filing by the Debtor  These fees were paid by Alevo International SA.** | **Payment of $34,069 was made on August 11, 2017. The $125,000 retainer was paid by the Debtor on August 17, 2017.** | **$159,069.00** |
| | Email or website address<br>**www.nelsonmullins.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor    ALEVO USA, INC.    Case number (if known)    17-50876

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Alevo Group S.A.**<br>**c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | Lien on most assets of the Debtor. | **August 17,**<br>**2017** | **$660,000.00** |
| | **Relationship to debtor**<br>**Parent Company** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **327 Plaza Real, Suite 235**<br>**Boca Raton, FL 33432-3901** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K Plan - Principal Financial Group, PO Box 9394, Des**<br>**Moines, IA 50306-9394** | EIN:    **42-0127290** |

Debtor    **ALEVO USA, INC.**                                                    Case number (if known)  **17-50876**

Has the plan been terminated?

■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|  | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A.**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-4160** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/31/2017 | $19,484.64 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                       Case number *(if known)*  **17-50876**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☐  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Alevo Analytics**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:    **46-3102625**<br><br>From-To  **Unknown to Present** |
| 25.2.  **Alevo Project Holdings**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:<br><br>From-To  **7/9/15 to Present** |
| 25.3.  **Alevo Construction Services, LLC**<br>**231 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:    **35-2571744**<br><br>From-To  **8/11/16 to Present** |
| 25.4.  **Alevo Texas Projects Holding, Inc.**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:    **47-4492659**<br><br>From-To  **7/10/15 to Present** |
| 25.5.  **ESS Rabbit Hill Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:    **47-5600687**<br><br>From-To  **10/30/15 to Present** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                    Case number *(if known)*  **17-50876**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6.  **Alevo Delaware Projects Holdings, Inc.**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To   **1/17/17 to Present** |
| 25.7.  **ESS Lewes Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To   **10/30/15 to Present** |
| 25.8.  **Alevo Maryland Projects Holdings, Inc.**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **32-0532019**<br><br>From-To   **1/17/17 to Present** |
| 25.9.  **ESS Wesel Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To   **12/10/15 to Present** |
| 25.10.  **ESS Fairgrounds Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To   **12/10/15 to Present** |
| 25.11.  **ESS Snook Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **61-1844274**<br><br>From-To   **10/13/16 to Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **Unknown - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **Unknown to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Grant Thornton LLP**<br>**201 South College Street**<br>**Suite 2500**<br>**Charlotte, NC 28244** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Heintzelman | 3105 Willow Oak Road<br>Charlotte, NC 28209 | Officer/Director of Alevo USA, Inc. and subsidiaries, Alevo Texas Projects Holding, Inc.; ESS Rabbit HIll Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; and Alevo Construction Services, LLC | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Schotter | 16153 Bristol Point Drive<br>Delray Beach, FL 33446 | Director/Officer - Alevo USA, Inc. | Unknown - 1/17/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stein Christiansen | 6294 NW 65th Terrace<br>Pompano Beach, FL 33067 | Director/Officer - Alevo USA, Inc. | Unkonwn - 1/17/17 |

Debtor    **ALEVO USA, INC.**                                                  Case number *(if known)*    **17-50876**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Chris Christiansen | 18610 River Falls Drive Davidson, NC 28036 | **Director/Officer - Alevo USA, Inc.; Alevo Texas Projects Holding, Inc.; ESS Rabbit Hill Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; Alevo Construction Services, LLC** | **Unknown - 5/23/17** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Larus Arnason | 601 Harrison Drive NW Concord, NC 28027 | **Officer/Director - Alevo Texas Projects Holding, Inc.; ESS Rabbit Hill Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; Alevo Construction Services, LLC** | **Unknown - 1/17/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Christopher Christiansen** **18610 River Falls Drive** **Davidson, NC 28036** | **$400,626.41** | **Various dates** | **Salary, expenses and severance pay** |
| | **Relationship to debtor** **Former Director** | | | |
| 30.2. | **Larus Aranson** **601 Harrison Drive NW** **Concord, NC 28027** | **$548,571.02** | **Various dates** | **Salary, bonus, expenses, severance pay and relocation** |
| | **Relationship to debtor** **Former Director** | | | |
| 30.3. | **Peter Heintzelman** **3105 Willow Oak Road** **Charlotte, NC 28209** | **$163,055.89** | **Various dates** | **Salary** |
| | **Relationship to debtor** **President** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  ALEVO USA, INC.                                    Case number *(if known)*  **17-50876**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Scott Schotter**<br>**16153 Bristol Point Drive**<br>**Delray Beach, FL 33446** | **$395,331.93** | **Various dates** | **Salary, bonus, expenses and rent for apartment** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.5. | **Stein Christiansen**<br>**6294 NW 65th Terrace**<br>**Pompano Beach, FL 33067** | **$242,232.79** | **Various dates** | **Salary and bonus** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.6. | **Jostein Eikeland** | **$19,659.12** | **Various dates** | **Visa Application $2,055.00 Health Plan paid to Avmed $17,604.12** |
| | **Relationship to debtor**<br>**Former Employee/Contractor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Alevo Group SA (Switzerland)** | **EIN:**      **N/A** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor     **ALEVO USA, INC.**                                                                     Case number *(if known)*   **17-50876**

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 15, 2017**

**/s/ PETER HEINTZELMAN**                                    **PETER HEINTZELMAN**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **ALEVO USA, INC.**                                   Case No.   **17-50876**
_____              Chapter    **11**
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alevo USA Holdings, Inc.**<br>**c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 15, 2017**
_____

Signature  **/s/ PETER HEINTZELMAN**
          **PETER HEINTZELMAN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## Alevo Final US Structure as of January 17, 2017

**Notes:**
1) Excludes formation of new Analytics entity at this time.
2) Also excludes Alevo Energy, Inc., which will be dissolved.



a)   ESS Rabbit Hill Project, LLC is currently owned 15% by Alevo and 85% by Ormat Nevada, Inc.

## Alevo Final Global Structure as of January 17, 2017

**Notes:**
1) Excludes formation of new Analytics entity at this time.
2) Also excludes Alevo Energy, Inc., which will be dissolved.



**SNOOK - FIXED ASSET LISTING**

| Acquisition Date | Description | Acquisition Amount | Category | |
|---|---|---|---|---|
| 7/31/2017 | 3/7/2017-PVC Pipe - Lowes | (7.30) | Project WIP | |
| 7/31/2017 | 4/30/2017-Consumables - Small Tools, Cords, Rags, etc | (2,139.22) | Project WIP | |
| 7/31/2017 | 4/30/2017-Hugh Bunker from Alevo MFG - Material Exp for Snoo | (2,662.20) | Project WIP | |
| 7/31/2017 | 5/31/2017-Consumables - Small Tools, Cords, Rags, etc | (165.63) | Project WIP | |
| 7/31/2017 | 6/30/2017-Consumables-Small Tools, Cords, Rags, Etc | (665.65) | Project WIP | |
| 11/20/2016 | Ace Hardware - Consumables | 16.94 | Assets Under Construction PPE | James Brokenshire |
| 1/18/2017 | Block & Level | 225.00 | Project WIP | |
| 5/31/2017 | Bobby Jones - Material - Lowes, Ted's Rent It, AC&T Porta Po | 1,364.63 | Project WIP | |
| 6/30/2017 | Bobby Jones - Material - Lowes, Ted's Rent It, AC&T Porta Po | 759.18 | Project WIP | |
| 1/28/2017 | Consumables - Small Tools, Cords, Rags, etc | 3,891.39 | Project WIP | |
| 2/28/2017 | Consumables - Small Tools, Cords, Rags, etc | 129.00 | Project WIP | |
| 3/31/2017 | Consumables - Small Tools, Cords, Rags, etc | 1,850.61 | Project WIP | |
| 4/30/2017 | Consumables - Small Tools, Cords, Rags, etc | 2,139.22 | Project WIP | |
| 5/31/2017 | Consumables - Small Tools, Cords, Rags, etc | 165.63 | Project WIP | |
| 6/30/2017 | Consumables-Small Tools, Cords, Rags, Etc | 665.65 | Project WIP | |
| 3/17/2017 | Packaging Tape to return Trays | 36.87 | Project WIP | |
| 5/17/2017 | Upgrade Existing Limited Point Count SCADA Data Gateway to | 350.00 | Project WIP | |
| 11/14/2016 | 1102383    Sierra Wireless ES450 with AC Power | 499.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 10/21/2016 | 118250 - RACK ENCLOSURE HORIZONTAL  CABLE MANAGER STEEL WITH FINGER DUCT lURM | 130.65 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/12/2017 | 160A 1500VDC SQB1 US Short no ind | 1,307.04 | Project WIP | |
| 12/8/2016 | 169933 - 10 Foot RP-SMA Male to RP-SMA Female Extension cable RG58 50 Ohm coax | 20.98 | Assets Under Construction PPE | MBX Systems |
| 4/13/2017 | 173184 - HPE X110 100M SFP LC FX Transceiver | 394.12 | Project WIP | |
| 4/28/2017 | 173184 - HPE X110 100M SFP LC FX Transceiver | (394.12) | Project WIP | |
| 1/1/2017 | 2200 KVA Three Phase Padmount Transformer  HV: 34500 Delta ( | 21,750.00 | Project WIP | |
| 12/1/2016 | 2200 KVA Three Phase Padmount Transformer  HV: 34500 Delta (95 KV BIL)  LV: 480 Delta (30 KV BIL... | 21,750.00 | Assets Under Construction PPE | Solomon Corporation |
| 7/31/2017 | 3/31/2017-Extra Cleaning plus Disposal Fee | (40.79) | Project WIP | |
| 5/1/2017 | 35 KV Overhead Metering Units - Alumaform PMM - 6 Three Posi | 27,812.00 | Project WIP | |
| 1/31/2017 | 3A3942 - MSR954 CHASSIS RACK MOUNT KIT HPE - SWITCHING - DIR | 71.96 | Project WIP | |
| 7/31/2017 | 4/30/17-Agilent 6012B DC Power Supply, 120W | (1,095.00) | Project WIP | |
| 7/31/2017 | 4/30/2017-Kelly H - Material | (3,765.01) | Project WIP | |
| 12/6/2016 | 6 Fiber to 24 Fiber Wall Mount Fiber Optics | 42.50 | Assets Under Construction PPE | Fibertronics Inc |
| 12/21/2016 | 706625 - FiberExpress Patch Cord, OM3, LC Duplex | 169.64 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | 73093 - TRIPP LITE VIROSENSE MONITORS EXT TEMP/HUMIDITY/INPUTS REQ SNMP CARD | 105.26 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | 73125 - IOBT WEB SNMP CARD FOR REMOTE MGMT OF TRIPP LITE UPS INTERNAL TRIPP LITE | 186.31 | Assets Under Construction PPE | Micro Works Computer Center |
| 3/31/2017 | AC Pwr Supply 230-0604  1-2 WKS | 30.49 | Project WIP | |
| 8/18/2017 | AC&T Inv# 19004H dtd 08/18/17 | 89.00 | Project WIP | |
| 4/30/2017 | Agilent 6012B DC Power Supply, 0 to 60 VDC, 0 to 50 A , 120W | 1,095.00 | Project WIP | |
| 1/25/2017 | Amazon - Optic Cable Purchase with Personal Credit Card - On | 42.03 | Project WIP | |
| 12/14/2016 | AP-220-MNT-W1 - 169257 - HPE Mounting Kit | 20.54 | Assets Under Construction PPE | MBX Systems |
| 3/31/2017 | Automation Cntrl 35053DDX0XAXX211X0XXXXX  4 WKS | 1,273.26 | Project WIP | |
| 12/31/2016 | Battery Rack Installation/GB Foundation | 26,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 12/1/2016 | CA21115004 - 4' Cat6 Patch Cords - BLUE | 148.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 11/3/2016 | CAT1100002 - 2' Cat6 Patch Cords - Black | 90.60 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/28/2016 | CAT1102002 - 2' Cat6 Patch Cords - Red | 60.40 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/7/2016 | CAT1104007 - 7' Cat6 Patch Cords - Yellow | 37.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/21/2016 | CAT1105007 - 7' Cat6 Patch Cords - Green | 74.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 7/1/2017 | Change Order # 3 Plus Construction entrance | 16,280.09 | Project WIP | |
| 1/31/2017 | Change Order 2 - Rock Removal, Operating Equipment, Concrete | 24,715.50 | Project WIP | |
| 8/22/2017 | Cleaned Evaporator Coil & Fan Motor grille | 171.00 | Project WIP | |
| 12/31/2016 | Construction Equipment | 12,825.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/30/2017 | Crane - 175 ton crane to offload and set battery bank at ESS | 3,300.00 | Project WIP | |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 1/30/2017 | Crane - Move in charge for 175 ton crane | 2,300.00 | Project WIP | |
| 1/30/2017 | Crane - Move out charge for 175 ton crane | 2,300.00 | Project WIP | |
| 1/30/2017 | Crane - Truck and Trailer to move transformer | 100.00 | Project WIP | |
| 12/21/2016 | Crane to Unload transformers 12/12/2016 - Min 4 hour charge | 600.00 | Assets Under Construction PPE | Hulls's Crane Service Inc |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (274.01) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (47.96) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (218.26) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (97.95) | Project WIP | |
| 3/24/2017 | Custom 4 Strand Outdoor Singlemode Assembly (LC to LC, Pulli | 384.00 | Project WIP | |
| 11/14/2016 | EDS-528E-4GTXSFP-LV - SWITCH,ETHERNET,MANAGED | 2,875.00 | Assets Under Construction PPE | Power Drives Inc |
| 7/7/2017 | EE Expense - Disassembly | 132.25 | Project WIP | |
| 5/1/2017 | Electrical Pole Installation | 11,609.90 | Project WIP | |
| 12/31/2016 | Equipment Mob/Demob | 5,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 5/17/2017 | Estimated Engineering hours regarding connection from HLD SC | 3,750.30 | Project WIP | |
| 3/31/2017 | Extra Cleaning plus Disposal Fee | 40.79 | Project WIP | |
| 12/1/2016 | Fees - Disposal, environmental & usage charge of refrigerant | 100.00 | Assets Under Construction PPE | Johnson Controls |
| 2/2/2017 | Hand Sanitizer - 4 week rental @ 10.00 | 10.00 | Project WIP | |
| 5/17/2017 | Hardware: Moxa EDR-810-2GSFP: Industrial Secure Router Switc | 285.51 | Project WIP | |
| 12/8/2016 | HPE - JW004A - AP-ANT-19 2.4/5G Dual Band Omni-Dir 3dBi/6dBi Indr/Otdr RPSMA Cnctr Ant w/36in In... | 135.78 | Assets Under Construction PPE | MBX Systems |
| 12/8/2016 | HPE - JW207A - Aruba IAP-204 Wireless Access Dual radio 802.11n/ac 2x2: 2 radio antenna connecto... | 311.54 | Assets Under Construction PPE | MBX Systems |
| 4/21/2017 | HPE X110 100M SFP LC FX Part# 173576 | 347.56 | Project WIP | |
| 4/30/2017 | Hugh Bunker from Alevo MFG - Material Exp for Snook - Billed | 2,662.20 | Project WIP | |
| 12/14/2016 | IAP-205-US - 169253 - HPE Aruba 205 | 504.86 | Assets Under Construction PPE | MBX Systems |
| 1/1/2017 | Inertia LineBOSS Gang Operated Air Break Switch  Vertical R | 2,850.00 | Project WIP | |
| 12/1/2016 | Inertia LineBOSS Gang Operated Air Break Switch  Vertical Riser Configuration  35 KV Voltage Rat.. | 2,850.00 | Assets Under Construction PPE | Solomon Corporation |
| 2/10/2017 | Installment includes: Materials, labor, and installation of | 4,825.00 | Project WIP | |
| 12/9/2016 | Installment includes: Materials, labor, and installation of 180 LF of 6'h chain link fence with ... | 4,825.00 | Assets Under Construction PPE | Long Fence Company, Inc |
| 11/11/2016 | Interconnection Tie - Application Fee | 500.00 | Assets Under Construction PPE | Hagerstown Light Department |
| 8/10/2017 | Inv# 201702196 - Lightning Arrestor | 3,774.28 | Project WIP | |
| 5/1/2017 | Inv#s 42402 through 42674 - Electrical Work | 45,056.60 | Project WIP | |
| 5/22/2017 | Invoice 42401 (Budget Approved) | 2,611.76 | Project WIP | |
| 7/31/2017 | Jay J - AC & T CO INC.     HAGERSTOWN      MD | 11.00 | Project WIP | |
| 7/31/2017 | Jay J - TED`S RENT-IT CENTER HAGERSTOWN      MD | 351.20 | Project WIP | |
| 12/14/2016 | JD118B - 169337 - HPE X120 1G SFP LC SX Transceiver | 465.96 | Assets Under Construction PPE | MBX Systems |
| 12/14/2016 | JG299B - 169518 - HPE FlexNetwork 3600 24 v2 EI Switch | 839.30 | Assets Under Construction PPE | MBX Systems |
| 4/4/2017 | JG303B - Alevo HPE X110 100M SFP LC FX HPE X110 100M SFP LC | 788.24 | Project WIP | |
| 12/14/2016 | JH296A - 169251 - HPE MSR954 Router | 139.14 | Assets Under Construction PPE | MBX Systems |
| 4/1/2017 | K85842 - LO MMF AQUA FO CBLM LC/ST 50/125 10 ROHS - Fiber Ca | 79.96 | Project WIP | |
| 10/25/2016 | KA1992 - 25U OPEN FRAME RACK 4POST CABINET SQUARE HOLE BLACK 1000 LB TRIPP LITE | 284.13 | Assets Under Construction PPE | Micro Works Computer Center |
| 3/31/2017 | Kelly H - Border State E AMEX PHX - ESS Snook - Material | 1,401.37 | Project WIP | |
| 4/30/2017 | Kelly H - Material | 3,765.01 | Project WIP | |
| 12/7/2016 | Kenly Ave Substation Improvements Minor Site Plan Dwg D5836, 10 sets of 5 sheets for City Planni... | 120.00 | Assets Under Construction PPE | Fox & Associates Inc |
| 10/21/2016 | KU6722 - SWITCHED PDU 120V 30A L5-30P 2U RM 24X5-15/20R 1XL5-30R lOFT ATS TRIPP LITE | 703.15 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/31/2017 | Labor, On-site @ $148.75 p/hr X 24Hrs, M-F 7am & past 6pm | 1,785.00 | Project WIP | |
| 1/31/2017 | Labor, Travel @ $148.75 p/hr X 8Hrs, M-F 7am-6pm | 595.00 | Project WIP | |
| 12/31/2016 | Landscaping | 400.01 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 12/31/2016 | Landscaping | (0.01) | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/18/2017 | Last Month Rent Steps | 40.00 | Project WIP | |
| 1/18/2017 | Last Month Rent Trailer | 100.00 | Project WIP | |
| 12/31/2016 | Laydown Area | 5,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 11/14/2016 | LBT3400     L-Bracket for Permanent Mount Antenna | 24.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 12/10/2016 | Lowes Permit Box - 12/06 | 13.76 | Assets Under Construction PPE | James Brokenshire |
| 2/28/2017 | Material - Lowes/Scott Elect/Newark One/Maryland Wholesale | 3,106.68 | Project WIP | |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 12/1/2016 | Material - Refrigerant | 18.18 | Assets Under Construction PPE | Johnson Controls |
| 1/28/2017 | Material from Lowes | 82.48 | Project WIP | |
| 2/10/2017 | Material, Labor and Installation of an additional 6' hx3' wi | 650.00 | Project WIP | |
| 1/19/2017 | MFR #0625-001 - Axis Communications P1427-LE 5MP Outdoor Bul | 1,380.00 | Project WIP | |
| 1/19/2017 | MFR #5026-204 - Axis Com. T8120 Power over Ethernet Midspan | 115.98 | Project WIP | |
| 1/19/2017 | MFR #5504-041 - Axis Com. T94F01P Conduit Back Box | 66.80 | Project WIP | |
| 1/19/2017 | MFR #SDSQUNC-064G-ANGIA - SanDisk 64GB Ultra UHS-I microSDXC | 37.90 | Project WIP | |
| 6/1/2017 | Milestone Payment | 3,034.50 | Project WIP | |
| 1/18/2017 | Minor site plan, 2 sets of 5 sheets for SCD | 24.00 | Project WIP | |
| 10/19/2016 | Model# ET9090210-EQ - Outdoor Telecom Cabinet (2 sets) | 4,474.00 | Assets Under Construction PPE | Tianjin Estel Electronic, LTD |
| 1/25/2017 | Mono / Bracket Mount | 49.00 | Project WIP | |
| 12/6/2016 | Multimode Adapter | 150.00 | Assets Under Construction PPE | Fibertronics Inc |
| 2/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 3/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 4/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 5/9/2017 | Office Rental - 05/20/2017 - 06/19/2017 | 163.40 | Project WIP | |
| 6/20/2017 | Office Rental 6/20/17-7/19/17 | 163.40 | Project WIP | |
| 7/7/2017 | Office Trailer Rental | 163.40 | Project WIP | |
| 1/2/2017 | PAN-PA-200 - Palo Alto Networks PA-200 | 1,113.64 | Project WIP | |
| 1/2/2017 | PAN-PA-200 RCK - Rack Mount kit for PA-200 | 250.56 | Project WIP | |
| 1/2/2017 | PAN-SVC-PREM-200-1YR | 309.09 | Project WIP | |
| 12/14/2016 | PD-3501G-AC - 169256 - HPE Power Injector | 69.73 | Assets Under Construction PPE | MBX Systems |
| 2/2/2017 | Portable John Rental - 4 week rental @ 65.00 | 65.00 | Project WIP | |
| 12/7/2016 | Portable John Rental - 4 week rental @ 65.00 | 65.00 | Assets Under Construction PPE | AC & T |
| 5/1/2017 | POWER LINE FILTER - (4) Final - 65T9135 - 1200VDC - 2300A | 1,665.20 | Project WIP | |
| 1/13/2017 | POWER LINE FILTER, EMI/RFI, 2.3KA, 1.2KV; Capacitance:-; Vol | 1,857.15 | Project WIP | |
| 12/7/2016 | Prepare Building Permit Exhibit | 3,200.00 | Assets Under Construction PPE | Fox & Associates Inc |
| 12/7/2016 | Prepare minor site plan and submit to city ; meetings with agencies to expedite approva | 6,287.50 | Assets Under Construction PPE | Fox & Associates Inc |
| 3/7/2017 | PVC Pipe - Lowes | 7.30 | Project WIP | |
| 10/21/2016 | PX8053 - SMART UPS 3000VA 2700W 3U RM, 100V-120V L5-30P ONLINE L5-30R USB TRIPP LITE | 1,378.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | Q76642 - IOPK IOIN HOOK &  LOOP CABLE TIES TRIPP LITE | 15.25 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/27/2017 | Radio Shack - Jumper leads | 144.60 | Project WIP | |
| 8/8/2017 | Reclass AccuTech # 684 157172 from FA sales tax to Snook | 61.02 | Project WIP | |
| 8/8/2017 | Reclass AccuTech # 684 157172 from FA to Snook | 871.74 | Project WIP | |
| 8/3/2017 | Reclass FA for Rocus PO to Snook | 185.71 | Project WIP | |
| 8/3/2017 | Reclass FA for Rocus PO to Snook | 2,062.86 | Project WIP | |
| 8/8/2017 | Reclass Power DRive #88366 FA sales tax to Snook | 275.08 | Project WIP | |
| 8/8/2017 | Reclass Power Drive #88366 FA to Snook | 3,929.77 | Project WIP | |
| 8/3/2017 | Reclass Sales Tax for Rocus PO to Snook | 157.40 | Project WIP | |
| 1/31/2017 | Rental Fee 1/20/17 - 2/16/17 | 315.00 | Project WIP | |
| 1/18/2017 | Renting - Entry Step | 40.00 | Project WIP | |
| 1/18/2017 | Renting - Office Trailer - 2 month minimum | 100.00 | Project WIP | |
| 12/1/2016 | Repair of the ESTEL HVAC Units - Labor - 7 Total Hours | 945.00 | Assets Under Construction PPE | Johnson Controls |
| 11/14/2016 | RF-TWS-6-SN    6ft. TWS-240 Antenna Cable SMA-Male/N-Male | 124.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 8/17/2017 | Ricardo G - MCNAUGHTON MCKAY ELE MADISON HEIGH    MI | 402.90 | Project WIP | |
| 7/31/2017 | Robert J - A C & T CO DISPATCH  HAGERSTOWN       MD - ESSF | 89.00 | Project WIP | |
| 4/30/2017 | Robert J - Newark Element - ESS Snook - Return Credit | (2,045.42) | Project WIP | |
| 6/1/2017 | Service Engineer Expenses | 5,829.09 | Project WIP | |
| 1/31/2017 | Service Engineer Expenses to commission an 890gt-B at Hagers | 125.00 | Project WIP | |
| 10/31/2016 | SFP-1GSXLC - MODULE, INTERFACE, 1000BASELSX,LC CONNECTOR | 236.00 | Assets Under Construction PPE | Power Drives Inc |
| 11/14/2016 | Shipping and Handling Fed Ex or UPS Ground. Prepaid and billed unless otherwise specified. | 28.21 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 3/24/2017 | Shipping Charge | 16.44 | Project WIP | |
| 4/4/2017 | Shipping Charges | 20.00 | Project WIP | |
| 12/8/2016 | Shipping Charges | 20.00 | Assets Under Construction PPE | MBX Systems |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 1/18/2017 | Site plan 3 bond sets of 5 sheets | 36.00 | Project WIP | |
| 1/18/2017 | Site Plan and Cover Sheet - 4 bond sets of 5 pages and 3 cop | 55.20 | Project WIP | |
| 12/31/2016 | Site Preparation | 12,500.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/18/2017 | Site/Grading & SESC Plan sheet 3 or 5, 3 bond copies, 1 myla | 55.20 | Project WIP | |
| 5/1/2017 | Snook/Kiwi - Credit Partial Invoice # 556103 dtd 04/04/17 | (404.12) | Project WIP | |
| 3/31/2017 | Snook/Kiwi - Credit Partial Invoice Paid by Alevo USA Inc - | (2,237.00) | Project WIP | |
| 3/31/2017 | Snook/Kiwi-Credit Partial Invoice Paid By AUSA  - Check# 223 | (2,747.71) | Project WIP | |
| 12/31/2016 | Substation Rock Surfacing | 10,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/30/2017 | Supervising Crane Director | 720.00 | Project WIP | |
| 11/14/2016 | SVC-MDM-PROV    Complete Modem Activation and Provisioning - Includes Testing and Configuration | 90.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 1/19/2017 | Test Concrete pour of pad to ensure strength is achieved alo | 601.50 | Project WIP | |
| 3/31/2017 | To reclass to Accounts Payable - Open PO Paid with Amex | (1,401.37) | Project WIP | |
| 11/14/2016 | TRA6927M3PBN-001    Laird 3G/4G Omni Directional Antenna | 280.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 12/31/2016 | Transformer/PCS Foundation | 18,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/1/2017 | Type VWVE-38 Recloser - Reconditioned  1-Shot Lockouts  34. | 8,925.00 | Project WIP | |
| 12/1/2016 | Type VWVE-38 Recloser - Reconditioned  1-Shot Lockouts  34.5kV Closing Coil  SEL or Cooper Form... | 8,925.00 | Assets Under Construction PPE | Solomon Corporation |
| 10/21/2016 | U38565 - TRIPP LITE SMARTRACK CAGE NUT KIT | 24.21 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | U38568 - RACK ENCLOSURE HEAVY DUTY SHELF SERVER FIXED 25018 4POST COMPATIBLE | 71.97 | Assets Under Construction PPE | Micro Works Computer Center |
| 11/3/2016 | UN2875 - TRIPP LITE EXTERNAL 72V BATTERY PK FOR SELECT 2U RACK/TWR UPS SYST | 572.63 | Assets Under Construction PPE | Micro Works Computer Center |
| 4/3/2017 | Vendor Invoice Paid by Alevo USA Inc - BP000452 - Porta pott | 178.00 | Project WIP | |
| 11/14/2016 | VZW-4G-SIM-BUS    Verizon Wireless 4G LTE Business Grade Sim Card | 10.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 1/25/2017 | Weather Station - MK-III Standard Package | 1,219.00 | Project WIP | |
| 11/1/2016 | YU7915 - TRIPP LITE SPORT SERIAL CONSOLE TERMINAL SERVER SWITCH BUILT-IN CELL MODEM | 1,205.26 | Assets Under Construction PPE | Micro Works Computer Center |