**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 12, 2018**  *X* **/s/ PETER HEINTZELMAN**
             Signature of individual signing on behalf of debtor

             **PETER HEINTZELMAN**
             Printed name

             **PRESIDENT**
             Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $     **1,769,968.71**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................... $     **1,769,968.71**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **660,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     **178,584.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **57,663,819.64**

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                   $     **58,502,403.71**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **4160** | $19,484.64 |
| 3.2. | **Bank of America, N.A.** | **Checking** | **3251** | $1,042.33 |
| 3.3. | **Bank of America, N.A.** | **Investment** | **3468** | $1,000.74 |
| 3.4. | **Wells Fargo Bank, N.A.** | **Checking** | **0910** | $441.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$21,968.71

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **ALEVO USA, INC.**                                          Case number *(If known)*  **17-50876**
        Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 118,000.00 | - | 0.00 | =.... | $118,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $118,000.00 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                                          % of ownership

| | | | |
|---|---|---|---|
| **Interest in subsidiaries as shown on the attached Schedule. None of the subsidiaries or sub-subsidiaries have any value or meaningful income other than ESS Snook Project, LLC. This entity owns a GridBank located in Hagerstown, Maryland with an estimated FMV of $1 million. There are currently no liens on the assets of ESS Snook Project, LLC.  It has several obligations for rent of property and utilities. The GridBank should soon be producing revenue that will benefit the Debtor. The investment in ESS Lewes Project, LLC includes an $180,000 transformer Amounts transferrred to subsidiaries: Alevo Construction Services $436,438.03 Alevo Texas Project Holdings $9,779.12 Alevo Delaware Project Holdings $4,519.00 ESS Lewes Project, LLC  $286,473.97 ESS Wesel Project, LLC$34,522 ESS Fairground Project  $40,167** | | | |
| 15.1.  **EES Snook Project  $492,503.29** | 100  % | **N/A** | $1,180,000.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                         page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **ALEVO USA, INC.** | Case number *(If known)* **17-50876** |
|---|---|---|
| | Name | |

Describe:

| 17. | **Total of Part 4.** | | $1,180,000.00 |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Alevo Analytics, a division of the Debtor, owns a Super Micro Server, Thor Computer Racks, Thor Computer Wiring, Wall mounted TV, laptops, two desktop computers, IBM server rack, project servers, Ikea desks and conference table, chairs, marketing materials, the grid maestro trademark, and various contracts with clients, intellectual property that has been developed by employees, client lists, databases, licenses, domain names, a website, and other developed materials. Approximately $1.3 million was spent for the Super Micro computer and related assets in Sept. 2014. | $0.00 | N/A | $450,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** | | $450,000.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|

☒ No
☐ Yes

Debtor    **ALEVO USA, INC.**                                    Case number *(If known)* **17-50876**
Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**The Debtor purchased equipment in the premises that it leases in conjunction with entry into lease. The purchase price of the equipment was $2.5 million but the equipment was essentially worthless and has been scrapped.** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                                  $0.00
  Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **ALEVO USA, INC.**
_____    Case number *(If known)*  **17-50876**
Name

| | | | |
|---|---|---|---|
| 55.1. | **Lease of 1590 acres in Cabarrus County, NC including manufacturing plant and all other buildings and power plants and other improvements. Effective date of the lease was October 31, 2014 for 30 year term; $10 million cash deposit. Rent of $666,666.67 per month, increasing annually to $1,183,896 per month in year 30.** | $0.00 | $0.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                    Case number *(If known)*  **17-50876**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,968.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $118,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,180,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $450,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,769,968.71 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,769,968.71 |

---

**Fill in this information to identify the case:**

Debtor name  **ALEVO USA, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50876**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim*<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

| 2.1 | **Alevo Group S.A.** | Describe debtor's property that is subject to a lien | $660,000.00 | $660,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Markus Adler**
**Chief General Counsel**
**Rue des Finettes 110**
**1920 Martigny | Switzerland**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August 17, 2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**All assets other than deposits, deposit accounts and chattel paper**

Describe the lien

**Non-Purchase Money Security**

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $660,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alison Sloop**<br>**10555 Mt. Olive Road**<br>**Mount Pleasant, NC 28124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,025.84 | $1,025.84 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $932.67**<br>**401k match $93.17** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Amelia Langford**<br>**117 Faires Avenue**<br>**Belmont, NC 28012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,089.72 | $2,089.72 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $1,891.64**<br>**401k match $198.08** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    41577    Best Case Bankruptcy

Debtor   **ALEVO USA, INC.**
_____
Name

Case number (if known)   **17-50876**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.31 | $624.31 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Aminata Dent**
**6022 Delta Crossing Lane, Unit A**
**Charlotte, NC 28212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$624.31   $624.31

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $545.83**
**401k match $78.48**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**Andrew Misenheimer**
**30439 Almond Drive**
**Albemarle, NC 28001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,770.92   $1,770.92

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,610.07**
**401k match $160.85**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
**Benjamin Lowe**
**2936 Winghaven Lane**
**Charlotte, NC 28210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,095.37   $4,095.37

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,828.83**
**401k match $266.54**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address
**Bonita Powe**
**566 Coon Mt. Lane**
**Taylorsville, NC 28681**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$283.17   $283.17

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,707.99 | $20,707.99 |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**65 Church Street S**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.53 | $600.53 |
|---|---|---|---|---|

**Carmen Rivas**
**10436 Grobie Way, Apt. 104**
**Charlotte, NC 28216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $473.03**
**401k match $127.50**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.40 | $198.40 |
|---|---|---|---|---|

**Chad Bunker**
**5319 Hackberry Lane SW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.22 | $256.22 |
|---|---|---|---|---|

**Christina Unneberg**
**18327 Mainsail Pointe Drive**
**Cornelius, NC 28031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $174.62**
**401k match $81.60**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**Clayborne Taylor**
**5430 Chiltern Hills Trail**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,092.52     $3,092.52

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Craig Libman**
**7010 Paddle Wheel Lane**
**Indian Trail, NC 28079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,796.58     $4,796.58

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Cristian Cocheci**
**106 Greyfriars Road**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,952.95     $1,952.95

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,735.23**
**401k match $217.72**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**David Keefer**
**8725 Indian Hill Road**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,710.22     $5,710.22

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.15** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
**Jake Wetzel**
**255 W. MLK Boulevard, Unit 1317**
**Charlotte, NC 28202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,295.79**     **$1,295.79**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,178.10**
**401k match $117.69**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address
**Jason Callaway**
**716 E Kingston Avenue**
**Charlotte, NC 28203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,639.24**     **$1,639.24**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,185.39**
**401k match $453.85**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address
**Jason Norman**
**5165 Binford Street, Apt 105**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,423.17**     **$1,423.17**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,240.48**
**401k match $182.69**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **ALEVO USA, INC.**                                                   Case number (if known)   **17-50876**
     Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.68 | $867.68 |
|---|---|---|---|---|

**Jay G Johnson**
**P.O. Box #313**
**Deerfield Beach, FL 33443**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $714.68**
**401k match $153.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,133.52 | $9,133.52 |
|---|---|---|---|---|

**Jeffrey Drake**
**10945 McCamie Hill Place**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $8,982.48**
**401k match $151.04**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,884.89 | $12,850.00 |
|---|---|---|---|---|

**Jeffrey Gates**
**2028 Mecklenburg Avenue**
**Charlotte, NC 28205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $14,160.27**
**401k match $724.62**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.75 | $1,674.75 |
|---|---|---|---|---|

**Jhonatam Cordeiro Rodrigues**
**225 North Cedar Street, Apt. 214**
**Charlotte, NC 28202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **ALEVO USA, INC.**      Case number *(if known)* **17-50876**
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,810.51 | $2,810.51 |
|---|---|---|---|---|

**Joel Prevette**
**4445 Irishwoods Drive**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | | $2,887.50 | $2,887.50 |
|---|---|---|---|---|

**John Kless**
**8726 Taunton Drive**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | | $1,183.42 | $1,183.42 |
|---|---|---|---|---|

**Kelly Scallon**
**781 Cloister Court NW, Apt. 20**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,116.50**
**401k match $66.92**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | | $1,884.65 | $1,884.65 |
|---|---|---|---|---|

**Kimberly A Hadlock**
**1973 Sailfish Place**
**Pompano Beach, FL 33062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,766.97**
**401k match $117.68**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**2.27** Priority creditor's name and mailing address

**Malik Henry**
**248 Morning Dew Drive**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$653.83    $653.83

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

**Michael Morrison**
**7447 US 64**
**Morganton, NC 28655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,204.95    $3,204.95

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,110.80**
**401k match $94.15**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

**North Carolina Department of**
**Revenue**
**Office Services Division**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

**Peter Heintzelman**
**3105 Willow Oak Road**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,096.08    $12,850.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ALEVO USA, INC. | Case number (if known) | 17-50876 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,569.00 | $12,569.00 |
|---|---|---|---|---|
| | **Randell Johnson**<br>**20 Sienna Lane**<br>**Natick, MA 01760** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $11,954.38**<br>**401k match $614.62** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.47 | $1,465.47 |
|---|---|---|---|---|
| | **Ricardo Gutierrez Ochoa**<br>**1234 Cambridge Street**<br>**Gastonia, NC 28054** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,835.59 | $1,835.59 |
|---|---|---|---|---|
| | **Robert Blackburn**<br>**858 Lochmaben Street**<br>**Wake Forest, NC 27587** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $1,668.87**<br>**401k match $166.72** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,568.01 | $4,568.01 |
|---|---|---|---|---|
| | **Robert Clary**<br>**5952 Pecan Valley Court**<br>**Harrisburg, NC 28075** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $4,473.85**<br>**401k match $94.16** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|

| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,154.19** | **$5,154.19** |
|---|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,496.88** | **$12,850.00** |
|---|---|---|---|---|

**Scott Schotter**
**16153 Bristol Point Drive**
**Delray Beach, FL 33446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,693.85** | **$1,693.85** |
|---|---|---|---|---|

**Sravani Kuruganti**
**15207 Colonial Park Drive**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,540.00**
**401k match $153.85**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$508.85** | **$508.85** |
|---|---|---|---|---|

**Stein Christiansen**
**6294 NW 65th Terrace**
**Pompano Beach, FL 33067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | **ALEVO USA, INC.** | | Case number (if known) | **17-50876** |
|---|---|---|---|---|

Name

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,006.44** | **$4,006.44** |
|---|---|---|---|---|

**Stephen Trabucco**
**519 North Oak Drive**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,679.52**
**401k match $326.92**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,697.36** | **$4,697.36** |
|---|---|---|---|---|

**Suthan Kailasapillai**
**311 Kerrydale Court**
**Clover, SC 29710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $4,471.78**
**401k match $225.58**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,184.34** | **$12,850.00** |
|---|---|---|---|---|

**Thomas O'Leary**
**2380 NW 49th Lane**
**Boca Raton, FL 33431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $18,695.11**
**401k match $489.23**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**U.S. Securities & Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, Suite**
**900**
**Atlanta, GA 30326-1382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.31 | $515.31 |
|---|---|---|---|---|

**2.43**
Priority creditor's name and mailing address
**Vessel Wilson**
**934 Berryhill Road**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.31    $515.31

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.44**
Priority creditor's name and mailing address
**Yin Lei**
**1330 Middlecrest Drive NW**
**Concord, NC 28027-2955**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,074.96    $2,074.96

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,886.50**
**401k match $188.46**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.45**
Priority creditor's name and mailing address
**Yu Xia**
**637 Mountainwater Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,969.10    $1,969.10

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,790.25**
**401k match $178.85**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
**8 X 8, Inc.**
**2125 O'Nel Drive**
**San Jose, CA 95131**
**Date(s) debt was incurred** _
**Last 4 digits of account number  1745**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid by third party $550.00**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,000.00** |
|---|---|---|---|

**AccruePartners, Inc.**
**Department 720029**
**PO Box 1335**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Professional Search Firm

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$932.76** |
|---|---|---|---|

**Accu-Tech Corporation**
**A, 2801 Hutchison McDonald Road**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,791.01** |
|---|---|---|---|

**ADP Payroll**
**3350 SW 148th Avenue, Suite 300**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$165.45** |
|---|---|---|---|

**ADP Screening & Selection Svc**
**PO Box 645177**
**Cincinnati, OH 45264-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  1811667-07-2017 $94.10
1811667-08-2017 $71.35

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Afton Ridge Apartments**
**410 Starmount Park Boulevard**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alejandro J. Rios**
**661 NW 172 Terrace**
**Pembroke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Paid by Alevo International SA $5,500.00

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,709,848.00** |
|---|---|---|---|

**Alevo Group S.A.**
**c/o Markus Adler**
**Chief General Counsel**
**Rue des Finettes 110**
**1920 Martigny | Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Loan

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | | Case number *(if known)* | **17-50876** |
|---|---|---|---|---|

Name

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$452.36** |
|---|---|---|---|

**Alison Sloop**
**10555 Mt. Olive Road**
**Mount Pleasant, NC 28124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Express**
**PO Box 360001**
**Fort Lauderdale, FL 33336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.99** |
|---|---|---|---|

**Andrew Misenheimer**
**30439 Almond Drive**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Angela Brady-Williams**
**5912 Downington Place NW**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arthur Gallagher First Insurance**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid post-petition pursuant to Interim DIP Order**
**$13,698.36**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AvMed**
**PO Box 860363**
**Orlando, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid by third party $1,357.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,267.38** |
|---|---|---|---|

**Axicom**
**121-141 Westborne Terrace**
**London W2 6JR, England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **ALEVO USA, INC.**
_____
Name

Case number (if known)  **17-50876**

| | | |
|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address<br>**Benjamin Lowe**<br>**2936 Winghaven Lane**<br>**Charlotte, NC 28210** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$4,241.93**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address<br>**Bill.com**<br>**1810 Embarcadero Road, Suite 100B**<br>**Palo Alto, CA 94303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

**$10,250.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **07015942**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>**Blue Cross Blue Shield North Carolina**<br>**PO Box 580017**<br>**Charlotte, NC 28258-0017** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Paid**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address<br>**Bootsmead LeaseCo, LLC**<br>**2820 Selwyn Avenue**<br>**Suite 550**<br>**Charlotte, NC 28209** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease of Real Property**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>**Buzzsumocom**<br>**44-46 Old Steine**<br>**Brighton, East Sussex BN1 !NH**<br>**UK** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address<br>**CareerBuilder, LLC**<br>**13047 Collection Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$500.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address<br>**Carmen Rivas**<br>**10436 Grobie Way, Apt. 104**<br>**Charlotte, NC 28216** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$51.56**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **C. Rivas 6.21.17**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | 17-50876 |
|---|---|---|---|
| | Name | | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,315.94** |
|---|---|---|---|

**Carolinas HealthCare System**
**PO Box 601428**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,966.01** |
|---|---|---|---|

**Carterbaldwin**
**200 Mansell Court E**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Search Firm**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,436.20** |
|---|---|---|---|

**Chadbourne & Parke LLP**
**1200 New Hampshire Avenue NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,270.96** |
|---|---|---|---|

**Chetola Resort & Conference Center**
**PO Box 17**
**Blowing Rock, NC 28605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **06072017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$422.36** |
|---|---|---|---|

**Cintas Corporation**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Citrix (GoToMeeting)**
**File 50264**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.39** |
|---|---|---|---|

**City of Concord - Utility**
**PO Box 580469**
**Charlotte, NC 28258-0469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **August**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| | **City of Hagerstown**<br>**One East Franklin Street**<br>**Hagerstown, MD 21740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __20174677__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,257.18** |
| | **Clayborne Taylor**<br>**5430 Chiltern Hills Trail**<br>**Charlotte, NC 28215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Unpaid PTO__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Cloudflare, Inc.**<br>**101 Townsend Street**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.21** |
| | **CNP Technologies, LLC**<br>**806 Tyvola Road**<br>**Suite 102**<br>**Charlotte, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __63585A__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.15** |
| | **Comcast Business**<br>**1701 JFK Boulevard**<br>**Philadelphia, PA 19103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.43** |
| | **Communication Supply Corporation**<br>**3462 Solution Center**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.79** |
| | **Cort Furniture Rental**<br>**PO Box 17401**<br>**Baltimore, MD 21297-1401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ALEVO USA, INC.** | | Case number (if known) | **17-50876** |
|---|---|---|---|---|
| | Name | | | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,079.89 |
|---|---|---|---|

**Cristian Cocheci**
**106 Greyfriars Road**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $90,934.00 |
|---|---|---|---|

**Customized Energy Solutions**
**1528 Walnut Street**
**22nd Floor**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Customized Energy Solutions**
**1528 Walnut Street**
**22nd Floor**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __For ESS Rabbit HIII Project, LLC - 1043374, 1043723, 1044072, 1044862, 1045077, 1045418, 1045964__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,997.50 |
|---|---|---|---|

**Davidson Holland Whitesell & Co. PLLC**
**209 13th Avenue NW, Suite 200**
**Hickory, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,320.00 |
|---|---|---|---|

**Deloitte Tax LLP**
**550 S. Tryon Street, Suite 2500**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,063.25 |
|---|---|---|---|

**Dickinson Wright PLLC**
**500 Woodward Avenue, Suite 4000**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,791.62 |
|---|---|---|---|

**Dingman IP Law PC**
**114 Turnpike Road, #108**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO USA, INC.** | | Case number *(if known)* | **17-50876** |
|---|---|---|---|---|
| | Name | | | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Dropbox Inc.**<br>**333 Brannan Street**<br>**San Francisco, CA 94107-1810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138.88 |
|---|---|---|---|
| | **Duke Energy**<br>**PO Box 70516**<br>**Charlotte, NC 28272-0516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8453** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **eFax Services**<br>**6922 Hollywood Boulevard, Suite 500**<br>**Los Angeles, CA 90028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,276.00 |
|---|---|---|---|
| | **EMA Design Automation**<br>**PO Box 23325**<br>**Rochester, NY 14692** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,086.50 |
|---|---|---|---|
| | **Epstein Becker Green**<br>**PO Box 30036**<br>**New York, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Facebook**<br>**1601 S. California Avenue**<br>**Palo Alto, CA 94304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58.57 |
|---|---|---|---|
| | **Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**3.51** | Nonpriority creditor's name and mailing address
**GGP-Mizner Park, LLC-Office Series**
**PO Box 86**
**Minneapolis, MN 55486-2564**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid by third party $7,704.06**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
**GoDaddy.com**
**14455 N Hayden Road Suite 219**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address
**Grant Thornton LLP**
**PO Box 532019**
**Atlanta, GA 30353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $38,814.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address
**Greenview Data**
**8178 Jackson Road**
**Ann Arbor, MI 48103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid $364.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address
**H4 Hotel Munchen Messe**
**Konrad-Zuse-Platz 14**
**81829 Munchen, DE**
**Germany**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
**Hagerstown Light Department**
**425 East Baltimore Street**
**Hagerstown, MD 21740**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid $1,000.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address
**HealthEquity**
**15 West Scenic Pointe Drive, Suite #400**
**Draper, UT 84020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid $6,000.00**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **ALEVO USA, INC.**
_____
Name

Case number (if known)      **17-50876**

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Highland Mill Loft**
**2901 N Davidson Street**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hunter Starter**
**Firmapi SARL 5 Rue D'Alsace**
**69100 Villeurbanne, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,280.09 |

**Huntzberry Brothers Inc.**
**21536 Chewsville Road**
**Smithsburg, MD 21783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _AIA Document G702_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**InfoGroup Sales**
**PO Box 957742**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Intuit**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.68 |

**Jake Wetzel**
**255 W. MLK Boulevard, Unit 1317**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Jason Callaway**
**716 E Kingston Avenue**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _81617 Exp_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | 17-50876 |
|---|---|---|---|
| | Name | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,491.56** |
|---|---|---|---|

**Jay G Johnson**
**P.O. Box #313**
**Deerfield Beach, FL 33443**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,135.46** |
|---|---|---|---|

**Jeffrey Drake**
**10945 McCamie Hill Place**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,189.31** |
|---|---|---|---|

**Jeffrey Gates**
**2028 Mecklenburg Avenue**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,446.33** |
|---|---|---|---|

**Jeffrey Gates**
**2028 Mecklenburg Avenue**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **7/27/17 and 9/11/17 Exp Rep**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.69** |
|---|---|---|---|

**Jhonatam Cordeiro Rodrigues**
**225 North Cedar Street, Apt. 214**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.12** |
|---|---|---|---|

**Joel Prevette**
**4445 Irishwoods Drive**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.46** |
|---|---|---|---|

**John Kless**
**8726 Taunton Drive**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO USA, INC.** | | Case number (if known) | **17-50876** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JS Brands**
**7050 W Palmetto Park Road**
**Suite 15-421**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Paid $6,785.23_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,137.69 |
|---|---|---|---|

**Kelly Scallon**
**781 Cloister Court NW, Apt. 20**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Unpaid PTO_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,773.97 |
|---|---|---|---|

**Kimberly A Hadlock**
**1973 Sailfish Place**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Unpaid PTO_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $175.00 |
|---|---|---|---|

**Kimberly Slade**
**3813 Hill Tree Circle**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _I170731111_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,368.92 |
|---|---|---|---|

**Kuehne and Nagel**
**4100 North Commerce Drive**
**CHB 4455**
**Atlanta, GA 30344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,155.00 |
|---|---|---|---|

**L&T Technology Services Limited**
**2035 Lincoln Highway #3002**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Larus Arnason**
**Aflagrandi 17**
**107 Reykjavik**
**Iceland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Severance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (*if known*) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

**3.79** | Nonpriority creditor's name and mailing address
**Latham & Watkins LLP**
**555 11th Street, NW**
**Suite 1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$33,047.50**

---

**3.80** | Nonpriority creditor's name and mailing address
**Leader Group**
**Suite 209 Building A4 925 Yecheng Road**
**Jiading District**
**Shanghai China**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.81** | Nonpriority creditor's name and mailing address
**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,959.95**

---

**3.82** | Nonpriority creditor's name and mailing address
**Let It Shine Cleaning Services**
**3906 Caldwell Ridge Parkway**
**Charlotte, NC 28213**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.00**

---

**3.83** | Nonpriority creditor's name and mailing address
**Liacouras & Smith LLP**
**1515 Market Street, Suite 808**
**Philadelphia, PA 19102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,130.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**Linkedin**
**62228 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,986.02**

---

**3.85** | Nonpriority creditor's name and mailing address
**Liquid Web Cloud**
**2703 Ena Drive**
**Lansing, MI 48917**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor   **ALEVO USA, INC.**
_____
Name

Case number (if known)   **17-50876**
_____

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lockton Company LLC**
**Attn: Douglas Hutcherson**
**3280 Peachtree Road NE, Suite 250**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Paid__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MailChimp**
**c/o The Rocket Science Group, LLC**
**675 Ponce de Leon Avenue NE, Suite 5000**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.00 |
|---|---|---|---|

**McIntire HVAC & Electric**
**313 E. Wilson Boulevard, Suite 3**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __4372__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Messe Munchen GmbH**
**Messegelande**
**84823 Munchen, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.95 |
|---|---|---|---|

**Michael Morrison**
**7447 US 64**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Michael Morrison**
**7447 US 64**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __M. Morrison 7.25.17__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,571.29 |
|---|---|---|---|

**Microsoft Corporation**
**1950 N Stemmons Freeway**
**Suite 5010 LB #842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ALEVO USA, INC.**
Name

Case number (if known) **17-50876**

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,511.40 |

**MSS Solutions, LLC**
PO Box 538178
Atlanta, GA 30353-8178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Nancy Pierce**
1637 Flynnwood Drive
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **070517D**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,987.58 |

**Narrow Gate Energy**
6104 Goldenrod Drive
Denton, TX 76208

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**National Corporate Research LTD**
10 E 40th Street, 10th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **C017252-00**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.00 |

**North Carolina Department of Revenue**
PO Box 25000
Raleigh, NC 27640-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Norton Rose Fulbright US LLP**
Attn: Christy L. Rivera
1301 Avenue of the Americas
New York, NY 10019-6022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ORMAT Technologies, Inc.**
6225 Neil Road
Reno, NV 89511-1136

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,863.59** |
|---|---|---|---|

**Parker Hannifin Corporation**
**14052 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __15HV056; RJC011717-4A__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,560.09** |
|---|---|---|---|

**Peter Heintzelman**
**3105 Willow Oak Road**
**Charlotte, NC 28209**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Possible liability to American Express on corporate card held by Mr. Heintzelman (acct 1003).__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,643.95** |
|---|---|---|---|

**Peter Heintzelman**
**3105 Willow Oak Road**
**Charlotte, NC 28209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Possible liability to American Express on corporate card held by Mr. Heintzelman (acct 1000).__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.49** |
|---|---|---|---|

**Piedmont Natural Gas Co, Inc.**
**PO Box 660920**
**Dallas, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4001__

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,387.54** |
|---|---|---|---|

**PierceGray**
**500 Davis Street, Suite 1005**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,204.85** |
|---|---|---|---|

**Power Drives Inc.**
**8031 Pence Road**
**PO Box 25427**
**Charlotte, NC 28229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,204.85** |
|---|---|---|---|

**Power Drives Inc.**
**8031 Pence Road**
**PO Box 25427**
**Charlotte, NC 28229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __88366__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ALEVO USA, INC.**                                  Case number (if known)    **17-50876**
_____                              _____
Name

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

3.107 **Nonpriority creditor's name and mailing address**

**Principal Life**
PO Box 9382
Des Moines, IA 50306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.108 **Nonpriority creditor's name and mailing address**

**Print2CAD**
601 Cleveland Street, Suite 310
Clearwater, FL 33755

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.109 **Nonpriority creditor's name and mailing address**

**Randell Johnson**
20 Sienna Lane
Natick, MA 01760

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$31,195.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.110 **Nonpriority creditor's name and mailing address**

**Randell Johnson**
20 Sienna Lane
Natick, MA 01760

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,764.54**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Possible liability to American Express on corporate card held by Mr. Johnson (acct 1008)._

Is the claim subject to offset? ■ No  ☐ Yes

---

3.111 **Nonpriority creditor's name and mailing address**

**Renee B. Colson**
10301 Bearwallow Court
Charlotte, NC 28213

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Paid by Alevo International SA $1,102.00_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.112 **Nonpriority creditor's name and mailing address**

**Robert Blackburn**
858 Lochmaben Street
Wake Forest, NC 27587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,209.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.113 **Nonpriority creditor's name and mailing address**

**Robert Clary**
5952 Pecan Valley Court
Harrisburg, NC 28075

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,497.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,390.14** |
|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,405.97** |
|---|---|---|---|

**Rocus Group, LLC**
**PO Box 2593**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,442.31** |
|---|---|---|---|

**Scott Schotter**
**16153 Bristol Point Drive**
**Delray Beach, FL 33446**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,128.96** |
|---|---|---|---|

**SHI International Corporation**
**1301 South Mo-Pac Expressway**
**Suite 100**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,521.05** |
|---|---|---|---|

**Skyline Exhibits & Events**
**4198 Eagle HIll Drive**
**Suite 105**
**High Point, NC 27265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,110.80** |
|---|---|---|---|

**Solar Promotion GmbH**
**Kiehnlestrasse 16 75172**
**Pforzheim, Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.96** |
|---|---|---|---|

**Spectrum**
**PO Box 70872**
**Charlotte, NC 28272-0872**

Date(s) debt was incurred _

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | | Case number (if known) | **17-50876** |
|---|---|---|---|---|
| | Name | | | |

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Spyfu**
**13835 N Northsight Boulevard, #100**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.77**

**Sravani Kuruganti**
**15207 Colonial Park Drive**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,909.69**

**Summit Filtration, LLC**
**121 Venture Boulevard, #C**
**Spartanburg, SC 29306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for Alevo Construction Services - M1326**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,849.06**

**Suthan Kailasapillai**
**311 Kerrydale Court**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tasc**
**PO Box 88278**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Paid $5,000.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,320.00**

**TEKsystems, Inc.**
**PO Box 198568**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,897.00**

**The Employers Association**
**3020 W Arrowood Road**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO USA, INC.**
_____
Name

Case number (if known)    **17-50876**

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.26 |

**The Speedway Club**
PO Box 600
Concord, NC 28026

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | | $37,963.58 |

**Thomas O'Leary**
2380 NW 49th Lane
Boca Raton, FL 33431

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | | $0.00 |

**Time Warner Cable**
PO Box 70872
Charlotte, NC 28272

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | | $0.00 |

**Time Warner Cable (Highland Mills)**
PO Box 70872
Charlotte, NC 28272

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | | $0.00 |

**Time Warner Cable (VIP)**
PO Box 70872
Charlotte, NC 28272

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | | $1,380.00 |

**Traction Sales and Marketing Inc.**
2700 Production Way, 5th Floor
Burnaby BC V5A 0C2 Canada

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | | $0.00 |

**Twitter**
1355 Market Street, Suite 900
San Francisco, CA 94103

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO USA, INC.**
_____
Name

Case number (if known)    **17-50876**

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**USAble Life**
**PO Box 204678**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Paid__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,934.48 |

**Ventured Media**
**3694 SE Fairway East**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $417.63 |

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __0001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Walker Marketing Inc.**
**805 Trade Street NW, Suite 101**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Wistia, Inc.**
**17 Tudor Street**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**WP Stagecoach.com**
**1050 Larrabee Avenue #104**
**Suite 363**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Wufoo**
**c/o Survey Monkey**
**3050 S. Delaware Street**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO USA, INC.** | Case number (if known) | **17-50876** |
|---|---|---|---|
| | Name | | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $206.11 |
|---|---|---|---|

**Yes Energy Management**
PO Box 82571
Goleta, CA 93118-2571

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $874.46 |
|---|---|---|---|

**Yin Lei**
1330 Middlecrest Drive NW
Concord, NC 28027-2955

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.42 |
|---|---|---|---|

**Yu Xia**
637 Mountainwater Drive
Charlotte, NC 28262

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,611.00 |
|---|---|---|---|

**Zoho Corporation**
PO Box 742760
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Office of Chief Counsel**<br>**Alamance Building, Mail Stop 24**<br>**4905 Koger Boulevard**<br>**Greensboro, NC 27407-2734** | Line  2.15<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 178,584.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 57,663,819.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 57,842,403.71 |

| Fill in this information to identify the case: |
|---|

Debtor name    **ALEVO USA, INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-50876**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consulting Agreement with Alevo Analytics, a division of Alevo USA, Inc.**<br><br><br>**Absaroka Energy Development Group**<br>**209 S Willson**<br>**Bozeman, MT 59715** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Apartment Lease 6/16 - 6/17**<br>**4000 Grand Summit, Apt 4220, Concord, NC 28027**<br><br>**Afton Ridge Apartments**<br>**410 Starmount Park Boulevard**<br>**Concord, NC 28027** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cyber Liability Policy, Policy No. 9177, Policy Dates 10/1/16/10/1/17, Coverage Limit 1,000,000**<br><br>**AIG Specialty Insurance**<br>**175 Water Street, 18th Floor**<br>**New York, NY 10038** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Non-Disclosure Agreement**<br><br><br>**Bermuda Electric Light Company Limited**<br>**27 Serpentine Road**<br>**Pembroke HM 07, Bermuda** |

Debtor 1   **ALEVO USA, INC.**
First Name          Middle Name          Last Name

Case number *(if known)*   **17-50876**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of 1590 acres in Cabarrus County, NC including manufacturing plant and all other buildings and power plants and other improvements. Effective date of the lease was October 31, 2014 for 30 year term; $10 million cash deposit.  Rent of $666,666.67 per month, increasing annually to $1,183,896 per month in year 30.**

State the term remaining   **17 years**

List the contract number of any government contract

**Bootsmead LeaseCo, LLC
2820 Selwyn Avenue
Suite 550
Charlotte, NC 28209**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Business Internet for ESS Lewes project in Lewes, DE.**

State the term remaining   **9/23/16 - 2 years**

List the contract number of any government contract

**Comcast Business
1701 JFK Boulevard
Philadelphia, PA 19103**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Subcontractor Professional Services Agreement with Alevo Analytics, a division of Alevo USA, Inc.**

State the term remaining

List the contract number of any government contract

**Customized Energy Solutions
1528 Walnut Street
22nd Floor
Philadelphia, PA 19102**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Property Damage Policy, Policy No. 3299, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 155,816,823**

State the term remaining

List the contract number of any government contract

**Fireman's Fund Insurance Company
777 San Marin Drive
Novato, CA 94945**

---

| Debtor 1 | ALEVO USA, INC. | | Case number (*if known*) | 17-50876 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Boca Raton Office Lease 9/15 - 8/17** | |
|---|---|---|---|
| | State the term remaining | | **GGP-Mizner Park, LLC-Office Series** |
| | List the contract number of any government contract | | **PO Box 86**<br>**Minneapolis, MN 55486-2564** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Energy, LLC** |
| | List the contract number of any government contract | | **954 Avenue Ponce de Leon**<br>**San Juan, PR 00907-3646** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **IHI Power Services Corp.** |
| | List the contract number of any government contract | | **95 Enterprise Drive, Suite 300**<br>**Aliso Viejo, CA 92656** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pollution Liability Policy, Policy No. 3601, Policy Dates 10/1/16 - 10/1/19, Coverage Limit 1,000,000** | |
|---|---|---|---|
| | State the term remaining | | **Ironshore Specialty Insurance Company** |
| | List the contract number of any government contract | | **PO Box 3407**<br>**New York, NY 10008** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement with option to purchase real property. $30,000.00 held in escrow by escrow agent, Zanni and Pesce.** | |
|---|---|---|---|
| | State the term remaining | | **J Turbines, Inc.** |
| | List the contract number of any government contract | | **PO Box 127**<br>**Crested Butte, CO 81224** |

Debtor 1   **ALEVO USA, INC.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **17-50876**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Key Capture Energy, Inc.**
**418 Broadway, 3rd Floor**
**Albany, NY 12207**

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Software License Agreement**

State the term remaining — **20 years**

List the contract number of any government contract

**Kiwi Power Battery Ltd.**
**Attn: Stephan Marty**
**45 Broadwick Street**
**London W1F 9QW United Kingdom**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement**

State the term remaining

List the contract number of any government contract

**Kiwi Power Battery Ltd.**
**Attn: Stephan Marty**
**45 Broadwick Street**
**London W1F 9QW United Kingdom**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease 11/16 - 11/17**

State the term remaining

List the contract number of any government contract

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability - Commercial Policy, Policy No. TB7-Z51-291579-017**

State the term remaining

List the contract number of any government contract

**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02116**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Umbrella - Commercial Policy, Policy No. TH7-Z51-291579-027**

State the term remaining

List the contract number of any

**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02116**

Debtor 1  **ALEVO USA, INC.**

First Name        Middle Name        Last Name

Case number (*if known*)  **17-50876**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Fee Agreement - Professional Services** | |
|---|---|---|---|
|  | State the term remaining | | **Lockton c/o Bank of America PO Box 741732 Atlanta, GA 30374-1732** |
|  | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Professional/General Liability Insurance, Policy No. 6509, Policy Dates 6/1/17 - 6/1/18, Coverage Limit 3,000,000** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **MedPro** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy, Policy No. 6509, Policy Dates 6/1/17-6/1/18, Coverage Limit 10,000,000** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **MedPro** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for energy storage analysis for the provinces of Ontario and Alberta** | |
|---|---|---|---|
|  | State the term remaining | | **National Research Council Canada Procurement Services Building M-22, 1200 Montrel Road Ottawa, Ontario K1A 0R6** |
|  | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation Policy, Policy No. MORE16, Policy Dates 1/1/17 - 1/1/18, Coverage Limit 1,500,000** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **NCHEWCF** |

| Debtor 1 | ALEVO USA, INC. | | Case number *(if known)* | 17-50876 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Nippon Solar Services** |
| | | | **4th Floor** |
| | | | **Daisan Toranomon Denki Building** |
| | List the contract number of any government contract | | **1-2-20 Toranomon** |
| | | | **Minato-ku, Tokyo 105-0001** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **ORMAT Technologies, Inc.** |
| | List the contract number of any government contract | | **6225 Neil Road** |
| | | | **Reno, NV 89511-1136** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with Alevo Analytics, a division of Alevo USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Smart Wires Inc.** |
| | | | **201 Spear Street, Suite 1350** |
| | List the contract number of any government contract | | **San Francisco, CA 94105** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Liability Policy, Policy No. 0161, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 1,000,000** | |
|---|---|---|---|
| | State the term remaining | | **The First Liberty Ins. Corp.** |
| | | | **175 Berkeley Street** |
| | List the contract number of any government contract | | **Boston, MA 02116** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Directors & Officers Liability Policy, Policy No. 9543, Policy Dates 10/1/16 - 10/1/17, Coverage Limit 5,000,000** | |
|---|---|---|---|
| | State the term remaining | | **Travelers Casualty & Surety Co.** |
| | | | **1 Tower Square** |
| | List the contract number of any government contract | | **Hartford, CT 06183** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **ALEVO USA, INC.** | | Case number (*if known*) | **17-50876** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.**   State what the contract or lease is for and the nature of the debtor's interest — **Crime - WRAP Policy, Policy No. 5779, Policy Dates 10/1/16 - 10/1/18, Coverage Limit 1,000,000**

      State the term remaining

      List the contract number of any government contract

**Travelers Casualty & Surety Co.**
**1 Tower Square**
**Hartford, CT 06183**

**2.31.**   State what the contract or lease is for and the nature of the debtor's interest — **Property, Policy No. KTK-CMB-4J27250-3-17**

      State the term remaining

      List the contract number of any government contract

**Travelers Casualty & Surety Co.**
**1 Tower Square**
**Hartford, CT 06183**

**2.32.**   State what the contract or lease is for and the nature of the debtor's interest — **Self-insurance Stop/Loss Insurance, Policy No. 1877, Policy Dates 1/1/17 - 1/1/18, Coverage Limit Unlimited**

      State the term remaining

      List the contract number of any government contract

**Unimerica Insurance Company**
**935 N. Avalon Boulevard**
**Wilmington, CA 90744**

**2.33.**   State what the contract or lease is for and the nature of the debtor's interest — **Contract for Siaya Solar Project Battery Storage Integration Technical Assistance**

      State the term remaining

      List the contract number of any government contract

**Xago Africa Limited**
**5/F Commodore Office Suites**
**Kindaruma Road, Kilimani**
**PO Box 59441-00200**
**Nairobi, Kenya**

**2.34.**   State what the contract or lease is for and the nature of the debtor's interest — **Grant Agreement for technical assistance**

      State the term remaining

      List the contract number of any government contract

**Xago Africa Limited**
**5/F Commodore Office Suites**
**Kindaruma Road, Kilimani**
**PO Box 59441-00200**
**Nairobi, Kenya**

| Fill in this information to identify the case: |
|---|

Debtor name **ALEVO USA, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50876**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **ORMAT Technologies, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.26__ |
| 2.2 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **Bootsmead LeaseCo, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.3 | **Alevo International SA** | **Rue Des Finette 110**<br>**Martigny, Valais, 1920 Switzerland** | **Kiwi Power Battery Ltd.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.16__ |

| Fill in this information to identify the case: |
|---|
| Debtor name    **ALEVO USA, INC.** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known)    **17-50876** |

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $177,804.39 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other  **ESS Snook** | $9,369.65 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $343,673.14 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $124,204.62 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **ALEVO USA, INC.**                                                    Case number *(if known)*  **17-50876**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **ADP Payroll**<br>**3350 SW 148th Avenue, Suite 300**<br>**Hollywood, FL 33027** | **Various** | **$7,677,283.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll** |
| 3.2.  **Alejandro J. Rios**<br>**661 NW 172 Terrace**<br>**Pembroke Pines, FL 33029** | **Various** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | **Various** | **$336,645.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Credit Card** |
| 3.4.  **Angela Brady-Williams**<br>**5912 Downington Place NW**<br>**Acworth, GA 30101** | **Various** | **$12,510.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Avista Real Time Systems**<br>**10015 Old Columbia Road, Suite B215**<br>**Columbia, MD 21046** | **Various** | **$13,157.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **Axicom**<br>**67 Barnes High Street**<br>**SW13 9LE London** | **Various** | **$17,784.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Blue Cross Blue Shield**<br>**PO Box 580017**<br>**Charlotte, NC 28258-0017** | **Various** | **$260,471.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Medical** |

Debtor    **ALEVO USA, INC.**    Case number *(if known)*  **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.   **Board of Public Works**<br>**107 Franklin Avenue**<br>**Lewes, DE 19958** | **Various** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.   **Bootsmead LeaseCo, LLC**<br>**2820 Selwyn Avenue**<br>**Suite 550**<br>**Charlotte, NC 28209** | **Various** | **$2,770,638.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.10. **Capax Resources**<br>**590 Headquarters Plaza**<br>**East Tower, 5th Floor**<br>**Morristown, NJ 07960** | **Various** | **$20,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Carterbaldwin**<br>**200 Mansell Court E**<br>**Roswell, GA 30076** | **Various** | **$35,212.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **CIS Capital**<br>**270 Greenwich Avenue**<br>**Greenwich, CT 06830** | **Various** | **$12,283.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **City of Hagerstown**<br>**425 East Baltimore Street**<br>**Hagerstown, MD 21740** | **Various** | **$11,045.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **CNP Technologies, LLC**<br>**806 Tyvola Road**<br>**Suite 102**<br>**Charlotte, NC 28217** | **Various** | **$4,665.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Customized Energy Solutions**<br>**1528 Walnut Street**<br>**22nd Floor**<br>**Philadelphia, PA 19102** | **Various** | **$10,430.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                          Case number *(if known)*    **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Diamond Electric, Inc.**<br>**5628 Red Hill Road**<br>**Keedysville, MD 21756** | **Various** | **$47,668.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Ekaterina Kovalenko**<br>**7001 Grand Summit Blvd., #7311**<br>**Concord, NC 28027** | **Various** | **$49,815.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.18. **Epstein Becker Green**<br>**PO Box 30036**<br>**New York, NY 10087** | **Various** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.19. **First Insurance Funding Corp.**<br>**450 Skokie Boulevard**<br>**Northbrook, IL 60062-7917** | **Various** | **$21,320.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.20. **FMMI Freiburg Management and Marketing**<br>**Rathausgasse 33**<br>**79098 Freiburg Germany** | **Various** | **$14,060.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.21. **GGP-Mizner Park, LLC-Office Series**<br>**PO Box 86**<br>**Minneapolis, MN 55486-2564** | **Various** | **$18,222.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.22. **Hagerstown Light Department**<br>**425 East Baltimore Street**<br>**Hagerstown, MD 21740** | **Various** | **$22,679.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.23. **HealthEquity**<br>**15 West Scenic Pointe Drive, Suite #400**<br>**Draper, UT 84020** | **Various** | **$51,040.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **ALEVO USA, INC.**                                                      Case number *(if known)*    **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **Highland Mill Loft**<br>**2901 N Davidson Street**<br>**Charlotte, NC 28205** | **Various** | **$8,567.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Apartment Rent** |
| 3.25. **Hioki USA Corporation**<br>**6 Corporation Drive**<br>**Cranbury, NJ 08512** | **Various** | **$28,939.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.26. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Various** | **$8,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.27. **JS Brands**<br>**7050 W Palmetto Park Road**<br>**Suite 15-421**<br>**Boca Raton, FL 33433** | **Various** | **$22,161.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.28. **Latham & Watkins LLP**<br>**555 11th Street, NW**<br>**Suite 1000**<br>**Washington, DC 20004-1304** | **Various** | **$54,030.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.29. **Linkedin**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693** | **Various** | **$8,202.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.30. **Lockton**<br>**c/o Bank of America**<br>**PO Box 741732**<br>**Atlanta, GA 30374-1732** | **Various** | **$492,066.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.31. **Logmein**<br>**Los Angeles, CA 90074-0264** | **Various** | **$7,294.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    ALEVO USA, INC.                                              Case number (if known)    17-50876

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.32. **Messe Freiburg**<br>**Europaplatz1**<br>**79108 Freiburg Germany** | **Various** | **$22,364.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **Messe Munchen GmbH**<br>**81823 Munchen**<br>**Messegelande** | **Various** | **$11,378.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Microsoft Corporation**<br>**1950 N Stemmons Freeway**<br>**Suite 5010 LB #842467**<br>**Dallas, TX 75207** | **Various** | **$11,233.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. **MSS Solutions, LLC**<br>**PO Box 538178**<br>**Atlanta, GA 30353-8178** | **Various** | **$10,818.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Nelson Mullins Riley & Scarborough**<br>**LLP**<br>**PO Box 11070**<br>**Columbia, SC 29211-1070** | **Various** | **$217,132.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services and**<br>**bankruptcy retainer** |
| 3.37. **Principal Life**<br>**PO Box 9382**<br>**Des Moines, IA 50306** | **Various** | **$418,248.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. **Red Pepper Group**<br>**811 E. Hillsboro Boulevard**<br>**Deerfield Beach, FL 33441** | **Various** | **$9,395.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. **Renee B. Colson**<br>**10301 Bearwallow Court**<br>**Charlotte, NC 28213** | **Various** | **$13,280.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO USA, INC.**                                         Case number *(if known)*    **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.40 **SHI International Corp** PO Box 952121 Dallas, TX 75395-2121 | **Various** | **$17,115.31** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.41 **Solar Promotion GmbH** Kiehnlestrasse 16 75172 Pforzheim, Germany | **Various** | **$8,033.17** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.42 **Solomon Corp** 40 Wall Street, 35th Floor New York, NY 10005-1304 | **Various** | **$27,812.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43 **Southeast Series of Lockton Companies, L** PO Box 741732 Atlanta, GA 30374-1732 | **Various** | **$41,226.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.44 **Talent Bridge** PO Box 213 Warsaw, NY 14569 | **Various** | **$17,728.40** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.45 **Tasc** PO Box 88278 Milwaukee, WI 53288 | **Various** | **$53,903.43** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.46 **TEKsystems, Inc.** PO Box 198568 Atlanta, GA 30384 | **Various** | **$18,201.60** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.47 **The Holt Group** 4198 Eagle Hill Drive, Suite 105 High Point, NC 27265 | **Various** | **$39,647.77** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    ALEVO USA, INC.    _____    Case number *(if known)*  **17-50876**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.48. **USAble Life** PO Box 204678 Dallas, TX 75320 | **Various** | **$65,546.23** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.49. **Ventured Media Solutions** 3694 SW Fairway East Stuart, FL 34997 | **Various** | **$29,491.60** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **ALEVO USA, INC.**                                                         Case number *(if known)*   **17-50876**

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | |
| | **Nelson Mullins Riley & Scarborough LLP**<br>**4140 Parklake Avenue, Suite 200**<br>**Raleigh, NC 27610** | **During the month of July 2017, NMRS billed a total of $33,880 in fees and $189 in expenses for general discussion of and general preparation for a chapter 11 filing by the Debtor  These fees were paid by Alevo International SA.** | **Payment of $34,069 was made on August 11, 2017. The $125,000 retainer was paid by the Debtor on August 17, 2017.** | **$159,069.00** |
| | Email or website address<br>**www.nelsonmullins.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor   **ALEVO USA, INC.**                                        Case number *(if known)*   **17-50876**

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>· | **Alevo Group S.A.**<br>**c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | Lien on most assets of the Debtor. | **August 17,<br>2017** | $660,000.00 |
| | **Relationship to debtor**<br>**Parent Company** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **327 Plaza Real, Suite 235**<br>**Boca Raton, FL 33432-3901** | |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K Plan - Principal Financial Group, PO Box 9394, Des<br>Moines, IA 50306-9394** | EIN:   **42-0127290** |

---

Debtor    ALEVO USA, INC.                                          Case number *(if known)*  17-50876

Has the plan been terminated?

■ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A.** <br> **PO Box 6995** <br> **Portland, OR 97228-6995** | **XXXX-4160** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **8/31/2017** | **$19,484.64** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    ALEVO USA, INC.                                Case number *(if known)*  17-50876

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Alevo Analytics** **2321 Concord Parkway South** **Concord, NC 28027** | | EIN:    **46-3102625** From-To    **Unknown to Present** |
| 25.2.  **Alevo Project Holdings** **2321 Concord Parkway South** **Concord, NC 28027** | | EIN: From-To    **7/9/15 to Present** |
| 25.3.  **Alevo Construction Services, LLC** **231 Concord Parkway South** **Concord, NC 28027** | | EIN:    **35-2571744** From-To    **8/11/16 to Present** |
| 25.4.  **Alevo Texas Projects Holding, Inc.** **2321 Concord Parkway South** **Concord, NC 28027** | | EIN:    **47-4492659** From-To    **7/10/15 to Present** |
| 25.5.  **ESS Rabbit Hill Project, LLC** **2321 Concord Parkway South** **Concord, NC 28027** | | EIN:    **47-5600687** From-To    **10/30/15 to Present** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **ALEVO USA, INC.**                                    Case number *(if known)*  **17-50876**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6. **Alevo Delaware Projects Holdings, Inc.**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To  **1/17/17 to Present** |
| 25.7. **ESS Lewes Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To  **10/30/15 to Present** |
| 25.8. **Alevo Maryland Projects Holdings, Inc.**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **32-0532019**<br><br>From-To  **1/17/17 to Present** |
| 25.9. **ESS Wesel Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To  **12/10/15 to Present** |
| 25.10. **ESS Fairgrounds Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **N/A**<br><br>From-To  **12/10/15 to Present** |
| 25.11. **ESS Snook Project, LLC**<br>**2321 Concord Parkway South**<br>**Concord, NC 28027** | | EIN:      **61-1844274**<br><br>From-To  **10/13/16 to Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **Unknown - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **Unknown to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   ALEVO USA, INC.                                               Case number (if known)  17-50876

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Grant Thornton LLP**<br>**201 South College Street**<br>**Suite 2500**<br>**Charlotte, NC 28244** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Heintzelman | **3105 Willow Oak Road**<br>**Charlotte, NC 28209** | **Officer/Director of Alevo USA, Inc. and subsidiaries, Alevo Texas Projects Holding, Inc.; ESS Rabbit HIll Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; and Alevo Construction Services, LLC** | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Schotter | **16153 Bristol Point Drive**<br>**Delray Beach, FL 33446** | **Director/Officer - Alevo USA, Inc.** | **Unknown - 1/17/17** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stein Christiansen | **6294 NW 65th Terrace**<br>**Pompano Beach, FL 33067** | **Director/Officer - Alevo USA, Inc.** | **Unkonwn - 1/17/17** |

Debtor    **ALEVO USA, INC.**                                                      Case number *(if known)*    **17-50876**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Chris Christiansen | 18610 River Falls Drive<br>Davidson, NC 28036 | Director/Officer - Alevo USA, Inc.; Alevo Texas Projects Holding, Inc.; ESS Rabbit Hill Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; Alevo Construction Services, LLC | Unknown - 5/23/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Larus Arnason | Aflagrandi 17<br>107 Reykjavik | Officer/Director - Alevo Texas Projects Holding, Inc.; ESS Rabbit Hill Project, LLC; ESS Wesel Project, LLC; ESS Fairgrounds Project, LLC; ESS Snook Project, LLC; ESS Lewes Project, LLC; Alevo Construction Services, LLC | Unknown - 1/17/17 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Christopher Christiansen**<br>**18610 River Falls Drive**<br>**Davidson, NC 28036**<br><br>Relationship to debtor<br>**Former Director** | **$400,626.41** | **Various dates** | Salary, expenses and severance pay |
| 30.2. | **Larus Arnason**<br>**Aflagrandi 17**<br>**107 Reykjavik**<br><br>Relationship to debtor<br>**Former Director** | **$548,571.02** | **Various dates** | Salary, bonus, expenses, severance pay and relocation |
| 30.3. | **Peter Heintzelman**<br>**3105 Willow Oak Road**<br>**Charlotte, NC 28209**<br><br>Relationship to debtor<br>**President** | **$163,055.89** | **Various dates** | Salary |

Debtor   ALEVO USA, INC.                                     Case number *(if known)*   **17-50876**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Scott Schotter**<br>**16153 Bristol Point Drive**<br>**Delray Beach, FL 33446** | **$395,331.93** | **Various dates** | **Salary, bonus, expenses and rent for apartment** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.5. | **Stein Christiansen**<br>**6294 NW 65th Terrace**<br>**Pompano Beach, FL 33067** | **$242,232.79** | **Various dates** | **Salary and bonus** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.6. | **Jostein Eikeland** | **$19,659.12** | **Various dates** | **Visa Application $2,055.00 Health Plan paid to Avmed $17,604.12** |
| | **Relationship to debtor**<br>**Former Employee/Contractor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Alevo Group SA (Switzerland)** | **EIN:     N/A** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **ALEVO USA, INC.** _____    Case number _(if known)_ **17-50876**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**

**/s/ PETER HEINTZELMAN** _____    **PETER HEINTZELMAN** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **PRESIDENT** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **ALEVO USA, INC.**

Debtor(s)

Case No.  **17-50876**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 12, 2018**

**/s/ PETER HEINTZELMAN**
**PETER HEINTZELMAN/PRESIDENT**
Signer/Title

8 X 8, Inc.
2125 O'Nel Drive
San Jose, CA 95131


Absaroka Energy Development Group
209 S Willson
Bozeman, MT 59715


AccruePartners, Inc.
Department 720029
PO Box 1335
Charlotte, NC 28201


Accu-Tech Corporation
A, 2801 Hutchison McDonald Road
Charlotte, NC 28269


ADP Payroll
3350 SW 148th Avenue, Suite 300
Hollywood, FL 33027


ADP Screening & Selection Svc
PO Box 645177
Cincinnati, OH 45264-5177


Afton Ridge Apartments
410 Starmount Park Boulevard
Concord, NC 28027


AIG Specialty Insurance
175 Water Street, 18th Floor
New York, NY 10038


Alejandro J. Rios
661 NW 172 Terrace
Pembroke Pines, FL 33029


Alevo Group S.A.
c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland

Alison Sloop
10555 Mt. Olive Road
Mount Pleasant, NC 28124


Amelia Langford
117 Faires Avenue
Belmont, NC 28012


American Express
PO Box 360001
Fort Lauderdale, FL 33336


Aminata Dent
6022 Delta Crossing Lane, Unit A
Charlotte, NC 28212


Andrew Misenheimer
30439 Almond Drive
Albemarle, NC 28001


Angela Brady-Williams
5912 Downington Place NW
Acworth, GA 30101


Arthur Gallagher First Insurance
PO Box 7000
Carol Stream, IL 60197-7000


AvMed
PO Box 860363
Orlando, FL 32886


Axicom
121-141 Westborne Terrace
London W2 6JR, England


Benjamin Lowe
2936 Winghaven Lane
Charlotte, NC 28210


Bermuda Electric Light Company Limited
27 Serpentine Road
Pembroke HM 07, Bermuda

Bill.com
1810 Embarcadero Road, Suite 100B
Palo Alto, CA 94303


Blue Cross Blue Shield North Carolina
PO Box 580017
Charlotte, NC 28258-0017


Bonita Powe
566 Coon Mt. Lane
Taylorsville, NC 28681


Bootsmead LeaseCo, LLC
2820 Selwyn Avenue
Suite 550
Charlotte, NC 28209


Buzzsumocom
44-46 Old Steine
Brighton, East Sussex BN1 !NH
UK


Cabarrus County Tax Collector
65 Church Street S
Concord, NC 28025


CareerBuilder, LLC
13047 Collection Center Drive
Chicago, IL 60693


Carmen Rivas
10436 Grobie Way, Apt. 104
Charlotte, NC 28216


Carolinas HealthCare System
PO Box 601428
Charlotte, NC 28260


Carterbaldwin
200 Mansell Court E
Roswell, GA 30076


Chad Bunker
5319 Hackberry Lane SW
Concord, NC 28027

Chadbourne & Parke LLP
1200 New Hampshire Avenue NW
Washington, DC 20036

Chetola Resort & Conference Center
PO Box 17
Blowing Rock, NC 28605

Christina Unneberg
18327 Mainsail Pointe Drive
Cornelius, NC 28031

Cintas Corporation
PO Box 630803
Cincinnati, OH 45263

Citrix (GoToMeeting)
File 50264
Los Angeles, CA 90074

City of Concord - Utility
PO Box 580469
Charlotte, NC 28258-0469

City of Hagerstown
One East Franklin Street
Hagerstown, MD 21740

Clayborne Taylor
5430 Chiltern Hills Trail
Charlotte, NC 28215

Cloudflare, Inc.
101 Townsend Street
San Francisco, CA 94107

CNP Technologies, LLC
806 Tyvola Road
Suite 102
Charlotte, NC 28217

Comcast Business
1701 JFK Boulevard
Philadelphia, PA 19103

Communication Supply Corporation
3462 Solution Center
Chicago, IL 60677


Cort Furniture Rental
PO Box 17401
Baltimore, MD 21297-1401


Craig Libman
7010 Paddle Wheel Lane
Indian Trail, NC 28079


Cristian Cocheci
106 Greyfriars Road
Mooresville, NC 28117


Customized Energy Solutions
1528 Walnut Street
22nd Floor
Philadelphia, PA 19102


David Keefer
8725 Indian Hill Road
Cincinnati, OH 45243


Davidson Holland Whitesell & Co. PLLC
209 13th Avenue NW, Suite 200
Hickory, NC 28601


Deloitte Tax LLP
550 S. Tryon Street, Suite 2500
Charlotte, NC 28202


Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226


Dingman IP Law PC
114 Turnpike Road, #108
Westborough, MA 01581


Dropbox Inc.
333 Brannan Street
San Francisco, CA 94107-1810

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516


eFax Services
6922 Hollywood Boulevard, Suite 500
Los Angeles, CA 90028


EMA Design Automation
PO Box 23325
Rochester, NY 14692


Epstein Becker Green
PO Box 30036
New York, NY 10087


Facebook
1601 S. California Avenue
Palo Alto, CA 94304


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Fireman's Fund Insurance Company
777 San Marin Drive
Novato, CA 94945


GGP-Mizner Park, LLC-Office Series
PO Box 86
Minneapolis, MN 55486-2564


GoDaddy.com
14455 N Hayden Road Suite 219
Scottsdale, AZ 85260


Grant Thornton LLP
PO Box 532019
Atlanta, GA 30353


Greenview Data
8178 Jackson Road
Ann Arbor, MI 48103

H4 Hotel Munchen Messe
Konrad-Zuse-Platz 14
81829 Munchen, DE
Germany


Hagerstown Light Department
425 East Baltimore Street
Hagerstown, MD 21740


HealthEquity
15 West Scenic Pointe Drive, Suite #400
Draper, UT 84020


Highland Mill Loft
2901 N Davidson Street
Charlotte, NC 28205


Horizon Energy, LLC
954 Avenue Ponce de Leon
San Juan, PR 00907-3646


Hunter Starter
Firmapi SARL 5 Rue D'Alsace
69100 Villeurbanne, France


Huntzberry Brothers Inc.
21536 Chewsville Road
Smithsburg, MD 21783


IHI Power Services Corp.
95 Enterprise Drive, Suite 300
Aliso Viejo, CA 92656


InfoGroup Sales
PO Box 957742
Saint Louis, MO 63195


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Boulevard
Greensboro, NC 27407-2734


Intuit
2700 Coast Avenue
Mountain View, CA 94043


Ironshore Specialty Insurance Company
PO Box 3407
New York, NY 10008


J Turbines, Inc.
PO Box 127
Crested Butte, CO 81224


Jake Wetzel
255 W. MLK Boulevard, Unit 1317
Charlotte, NC 28202


Jason Callaway
716 E Kingston Avenue
Charlotte, NC 28203


Jason Norman
5165 Binford Street, Apt 105
Concord, NC 28027


Jay G Johnson
P.O. Box #313
Deerfield Beach, FL 33443


Jeffrey Drake
10945 McCamie Hill Place
Concord, NC 28025


Jeffrey Gates
2028 Mecklenburg Avenue
Charlotte, NC 28205


Jhonatam Cordeiro Rodrigues
225 North Cedar Street, Apt. 214
Charlotte, NC 28202

Joel Prevette
4445 Irishwoods Drive
Concord, NC 28025


John Kless
8726 Taunton Drive
Huntersville, NC 28078


JS Brands
7050 W Palmetto Park Road
Suite 15-421
Boca Raton, FL 33433


Kelly Scallon
781 Cloister Court NW, Apt. 20
Concord, NC 28027


Key Capture Energy, Inc.
418 Broadway, 3rd Floor
Albany, NY 12207


Kimberly A Hadlock
1973 Sailfish Place
Pompano Beach, FL 33062


Kimberly Slade
3813 Hill Tree Circle
Huntersville, NC 28078


Kiwi Power Battery Ltd.
Attn: Stephan Marty
45 Broadwick Street
London W1F 9QW United Kingdom


Kuehne and Nagel
4100 North Commerce Drive
CHB 4455
Atlanta, GA 30344


L&T Technology Services Limited
2035 Lincoln Highway #3002
Edison, NJ 08817

Larus Arnason
Aflagrandi 17
107 Reykjavik
Iceland


Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004-1304


Leader Group
Suite 209 Building A4 925 Yecheng Road
Jiading District
Shanghai China


Legacy Concord Land, LLC
5020 Avent Drive NW
Concord, NC 28027


Let It Shine Cleaning Services
3906 Caldwell Ridge Parkway
Charlotte, NC 28213


Liacouras & Smith LLP
1515 Market Street, Suite 808
Philadelphia, PA 19102


Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116


Linkedin
62228 Collections Center Drive
Chicago, IL 60693


Liquid Web Cloud
2703 Ena Drive
Lansing, MI 48917


Lockton
c/o Bank of America
PO Box 741732
Atlanta, GA 30374-1732

Lockton Company LLC
Attn: Douglas Hutcherson
3280 Peachtree Road NE, Suite 250
Atlanta, GA 30305


MailChimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Avenue NE, Suite 5000
Atlanta, GA 30308


Malik Henry
248 Morning Dew Drive
Concord, NC 28025


McIntire HVAC & Electric
313 E. Wilson Boulevard, Suite 3
Hagerstown, MD 21740


MedPro


Messe Munchen GmbH
Messegelande
84823 Munchen, Germany


Michael Morrison
7447 US 64
Morganton, NC 28655


Microsoft Corporation
1950 N Stemmons Freeway
Suite 5010 LB #842467
Dallas, TX 75207


MSS Solutions, LLC
PO Box 538178
Atlanta, GA 30353-8178


Nancy Pierce
1637 Flynnwood Drive
Charlotte, NC 28205


Narrow Gate Energy
6104 Goldenrod Drive
Denton, TX 76208

National Corporate Research LTD
10 E 40th Street, 10th Floor
New York, NY 10016


National Research Council Canada
Procurement Services
Building M-22, 1200 Montrel Road
Ottawa, Ontario K1A 0R6


NCHEWCF


Nippon Solar Services
4th Floor
Daisan Toranomon Denki Building
1-2-20 Toranomon
Minato-ku, Tokyo 105-0001


North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Norton Rose Fulbright US LLP
Attn: Christy L. Rivera
1301 Avenue of the Americas
New York, NY 10019-6022


ORMAT Technologies, Inc.
6225 Neil Road
Reno, NV 89511-1136


Parker Hannifin Corporation
14052 Collection Center Drive
Chicago, IL 60693


Peter Heintzelman
3105 Willow Oak Road
Charlotte, NC 28209


Piedmont Natural Gas Co, Inc.
PO Box 660920
Dallas, TX 75266-0920

PierceGray
500 Davis Street, Suite 1005
Evanston, IL 60201


Power Drives Inc.
8031 Pence Road
PO Box 25427
Charlotte, NC 28229


Principal Life
PO Box 9382
Des Moines, IA 50306


Print2CAD
601 Cleveland Street, Suite 310
Clearwater, FL 33755


Randell Johnson
20 Sienna Lane
Natick, MA 01760


Renee B. Colson
10301 Bearwallow Court
Charlotte, NC 28213


Ricardo Gutierrez Ochoa
1234 Cambridge Street
Gastonia, NC 28054


Robert Blackburn
858 Lochmaben Street
Wake Forest, NC 27587


Robert Clary
5952 Pecan Valley Court
Harrisburg, NC 28075


Robert Jones
2075 Delfin Court
Rock Hill, SC 29730


Rocus Group, LLC
PO Box 2593
Davidson, NC 28036

Scott Schotter
16153 Bristol Point Drive
Delray Beach, FL 33446


SHI International Corporation
1301 South Mo-Pac Expressway
Suite 100
Austin, TX 78746


Skyline Exhibits & Events
4198 Eagle HIll Drive
Suite 105
High Point, NC 27265


Smart Wires Inc.
201 Spear Street, Suite 1350
San Francisco, CA 94105


Solar Promotion GmbH
Kiehnlestrasse 16 75172
Pforzheim, Germany


Spectrum
PO Box 70872
Charlotte, NC 28272-0872


Spyfu
13835 N Northsight Boulevard, #100
Scottsdale, AZ 85260


Sravani Kuruganti
15207 Colonial Park Drive
Huntersville, NC 28078


Stein Christiansen
6294 NW 65th Terrace
Pompano Beach, FL 33067


Stephen Trabucco
519 North Oak Drive
Huntersville, NC 28078


Summit Filtration, LLC
121 Venture Boulevard, #C
Spartanburg, SC 29306

Suthan Kailasapillai
311 Kerrydale Court
Clover, SC 29710


Tasc
PO Box 88278
Milwaukee, WI 53288


TEKsystems, Inc.
PO Box 198568
Atlanta, GA 30384


The Employers Association
3020 W Arrowood Road
Charlotte, NC 28273


The First Liberty Ins. Corp.
175 Berkeley Street
Boston, MA 02116


The Speedway Club
PO Box 600
Concord, NC 28026


Thomas O'Leary
2380 NW 49th Lane
Boca Raton, FL 33431


Time Warner Cable
PO Box 70872
Charlotte, NC 28272


Time Warner Cable (Highland Mills)
PO Box 70872
Charlotte, NC 28272


Time Warner Cable (VIP)
PO Box 70872
Charlotte, NC 28272


Traction Sales and Marketing Inc.
2700 Production Way, 5th Floor
Burnaby BC V5A 0C2 Canada

Travelers Casualty & Surety Co.
1 Tower Square
Hartford, CT 06183


Twitter
1355 Market Street, Suite 900
San Francisco, CA 94103


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


Unimerica Insurance Company
935 N. Avalon Boulevard
Wilmington, CA 90744


USAble Life
PO Box 204678
Dallas, TX 75320


Ventured Media
3694 SE Fairway East
Stuart, FL 34997


Verizon
PO Box 660108
Dallas, TX 75266-0108


Vessel Wilson
934 Berryhill Road
Charlotte, NC 28208


Walker Marketing Inc.
805 Trade Street NW, Suite 101
Concord, NC 28027


Wistia, Inc.
17 Tudor Street
Cambridge, MA 02139


WP Stagecoach.com
1050 Larrabee Avenue #104
Suite 363
Bellingham, WA 98225

Wufoo
c/o Survey Monkey
3050 S. Delaware Street
San Mateo, CA 94403


Xago Africa Limited
5/F Commodore Office Suites
Kindaruma Road, Kilimani
PO Box 59441-00200
Nairobi, Kenya


Yes Energy Management
PO Box 82571
Goleta, CA 93118-2571


Yin Lei
1330 Middlecrest Drive NW
Concord, NC 28027-2955


Yu Xia
637 Mountainwater Drive
Charlotte, NC 28262


Zoho Corporation
PO Box 742760
Los Angeles, CA 90074

## Alevo Final US Structure as of January 17, 2017

**Notes:**
1) Excludes formation of new Analytics entity at this time.
2) Also excludes Alevo Energy, Inc., which will be dissolved.



a)  ESS Rabbit Hill Project, LLC is currently owned 15% by Alevo and 85% by Ormat Nevada, Inc.

## Alevo Final Global Structure as of January 17, 2017

**Notes:**
1) Excludes formation of new Analytics entity at this time.
2) Also excludes Alevo Energy, Inc., which will be dissolved.



**SNOOK - FIXED ASSET LISTING**

| Acquisition Date | Description | Acquisition Amount | Category | |
|---|---|---|---|---|
| 7/31/2017 | 3/7/2017-PVC Pipe - Lowes | (7.30) | Project WIP | |
| 7/31/2017 | 4/30/2017-Consumables - Small Tools, Cords, Rags, etc | (2,139.22) | Project WIP | |
| 7/31/2017 | 4/30/2017-Hugh Bunker from Alevo MFG - Material Exp for Snoo | (2,662.20) | Project WIP | |
| 7/31/2017 | 5/31/2017-Consumables - Small Tools, Cords, Rags, etc | (165.63) | Project WIP | |
| 7/31/2017 | 6/30/2017-Consumables-Small Tools, Cords, Rags, Etc | (665.65) | Project WIP | |
| 11/20/2016 | Ace Hardware - Consumables | 16.94 | Assets Under Construction PPE | James Brokenshire |
| 1/18/2017 | Block & Level | 225.00 | Project WIP | |
| 5/31/2017 | Bobby Jones - Material - Lowes, Ted's Rent It, AC&T Porta Po | 1,364.63 | Project WIP | |
| 6/30/2017 | Bobby Jones - Material - Lowes, Ted's Rent It, AC&T Porta Po | 759.18 | Project WIP | |
| 1/28/2017 | Consumables - Small Tools, Cords, Rags, etc | 3,891.39 | Project WIP | |
| 2/28/2017 | Consumables - Small Tools, Cords, Rags, etc | 129.00 | Project WIP | |
| 3/31/2017 | Consumables - Small Tools, Cords, Rags, etc | 1,850.61 | Project WIP | |
| 4/30/2017 | Consumables - Small Tools, Cords, Rags, etc | 2,139.22 | Project WIP | |
| 5/31/2017 | Consumables - Small Tools, Cords, Rags, etc | 165.63 | Project WIP | |
| 6/30/2017 | Consumables-Small Tools, Cords, Rags, Etc | 665.65 | Project WIP | |
| 3/17/2017 | Packaging Tape to return Trays | 36.87 | Project WIP | |
| 5/17/2017 | Upgrade Existing Limited Point Count SCADA Data Gateway to | 350.00 | Project WIP | |
| 11/14/2016 | 1102383    Sierra Wireless ES450 with AC Power | 499.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 10/21/2016 | 118250 - RACK ENCLOSURE HORIZONTAL  CABLE MANAGER STEEL WITH FINGER DUCT lURM | 130.65 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/12/2017 | 160A 1500VDC SQB1 US Short no ind | 1,307.04 | Project WIP | |
| 12/8/2016 | 169933 - 10 Foot RP-SMA Male to RP-SMA Female Extension cable RG58 50 Ohm coax | 20.98 | Assets Under Construction PPE | MBX Systems |
| 4/13/2017 | 173184 - HPE X110 100M SFP LC FX Transceiver | 394.12 | Project WIP | |
| 4/28/2017 | 173184 - HPE X110 100M SFP LC FX Transceiver | (394.12) | Project WIP | |
| 1/1/2017 | 2200 KVA Three Phase Padmount Transformer  HV: 34500 Delta ( | 21,750.00 | Project WIP | |
| 12/1/2016 | 2200 KVA Three Phase Padmount Transformer  HV: 34500 Delta (95 KV BIL)  LV: 480 Delta (30 KV BIL... | 21,750.00 | Assets Under Construction PPE | Solomon Corporation |
| 7/31/2017 | 3/31/2017-Extra Cleaning plus Disposal Fee | (40.79) | Project WIP | |
| 5/1/2017 | 35 KV Overhead Metering Units - Alumaform PMM - 6 Three Posi | 27,812.00 | Project WIP | |
| 1/31/2017 | 3A3942 - MSR954 CHASSIS RACK MOUNT KIT HPE - SWITCHING - DIR | 71.96 | Project WIP | |
| 7/31/2017 | 4/30/17-Agilent 6012B DC Power Supply, 120W | (1,095.00) | Project WIP | |
| 7/31/2017 | 4/30/2017-Kelly H - Material | (3,765.01) | Project WIP | |
| 12/6/2016 | 6 Fiber to 24 Fiber Wall Mount Fiber Optics | 42.50 | Assets Under Construction PPE | Fibertronics Inc |
| 12/21/2016 | 706625 - FiberExpress Patch Cord, OM3, LC Duplex | 169.64 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | 73093 - TRIPP LITE VIROSENSE MONITORS EXT TEMP/HUMIDITY/INPUTS REQ SNMP CARD | 105.26 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | 73125 - IOBT WEB SNMP CARD FOR REMOTE MGMT OF TRIPP LITE UPS INTERNAL TRIPP LITE | 186.31 | Assets Under Construction PPE | Micro Works Computer Center |
| 3/31/2017 | AC Pwr Supply 230-0604  1-2 WKS | 30.49 | Project WIP | |
| 8/18/2017 | AC&T Inv# 19004H dtd 08/18/17 | 89.00 | Project WIP | |
| 4/30/2017 | Agilent 6012B DC Power Supply, 0 to 60 VDC, 0 to 50 A , 120W | 1,095.00 | Project WIP | |
| 1/25/2017 | Amazon - Optic Cable Purchase with Personal Credit Card - On | 42.03 | Project WIP | |
| 12/14/2016 | AP-220-MNT-W1 - 169257 - HPE Mounting Kit | 20.54 | Assets Under Construction PPE | MBX Systems |
| 3/31/2017 | Automation Cntrl 35053DDX0XAXX211X0XXXXX  4 WKS | 1,273.26 | Project WIP | |
| 12/31/2016 | Battery Rack Installation/GB Foundation | 26,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 12/1/2016 | CA21115004 - 4' Cat6 Patch Cords - BLUE | 148.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 11/3/2016 | CAT1100002 - 2' Cat6 Patch Cords - Black | 90.60 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/28/2016 | CAT1102002 - 2' Cat6 Patch Cords - Red | 60.40 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/7/2016 | CAT1104007 - 7' Cat6 Patch Cords - Yellow | 37.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 12/21/2016 | CAT1105007 - 7' Cat6 Patch Cords - Green | 74.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 7/1/2017 | Change Order # 3 Plus Construction entrance | 16,280.09 | Project WIP | |
| 1/31/2017 | Change Order 2 - Rock Removal, Operating Equipment, Concrete | 24,715.50 | Project WIP | |
| 8/22/2017 | Cleaned Evaporator Coil & Fan Motor grille | 171.00 | Project WIP | |
| 12/31/2016 | Construction Equipment | 12,825.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/30/2017 | Crane - 175 ton crane to offload and set battery bank at ESS | 3,300.00 | Project WIP | |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 1/30/2017 | Crane - Move in charge for 175 ton crane | 2,300.00 | Project WIP | |
| 1/30/2017 | Crane - Move out charge for 175 ton crane | 2,300.00 | Project WIP | |
| 1/30/2017 | Crane - Truck and Trailer to move transformer | 100.00 | Project WIP | |
| 12/21/2016 | Crane to Unload transformers 12/12/2016 - Min 4 hour charge | 600.00 | Assets Under Construction PPE | Hulls's Crane Service Inc |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (274.01) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (47.96) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (218.26) | Project WIP | |
| 5/11/2017 | Credit for Alevo MFG - Material Exp for Snook - Billed on In | (97.95) | Project WIP | |
| 3/24/2017 | Custom 4 Strand Outdoor Singlemode Assembly (LC to LC, Pulli | 384.00 | Project WIP | |
| 11/14/2016 | EDS-528E-4GTXSFP-LV - SWITCH,ETHERNET,MANAGED | 2,875.00 | Assets Under Construction PPE | Power Drives Inc |
| 7/7/2017 | EE Expense - Disassembly | 132.25 | Project WIP | |
| 5/1/2017 | Electrical Pole Installation | 11,609.90 | Project WIP | |
| 12/31/2016 | Equipment Mob/Demob | 5,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 5/17/2017 | Estimated Engineering hours regarding connection from HLD SC | 3,750.30 | Assets Under Construction PPE | |
| 3/31/2017 | Extra Cleaning plus Disposal Fee | 40.79 | Project WIP | |
| 12/1/2016 | Fees - Disposal, environmental & usage charge of refrigerant | 100.00 | Assets Under Construction PPE | Johnson Controls |
| 2/2/2017 | Hand Sanitizer - 4 week rental @ 10.00 | 10.00 | Project WIP | |
| 5/17/2017 | Hardware: Moxa EDR-810-2GSFP: Industrial Secure Router Switc | 285.51 | Project WIP | |
| 12/8/2016 | HPE - JW004A - AP-ANT-19 2.4/5G Dual Band Omni-Dir 3dBi/6dBi Indr/Otdr RPSMA Cnctr Ant w/36in In... | 135.78 | Assets Under Construction PPE | MBX Systems |
| 12/8/2016 | HPE - JW207A - Aruba AP-204 Wireless Access Dual radio 802.11n/ac 2x2: 2 radio antenna connecto... | 311.54 | Assets Under Construction PPE | MBX Systems |
| 4/21/2017 | HPE X110 100M SFP LC FX Part# 173576 | 347.56 | Project WIP | |
| 4/30/2017 | Hugh Bunker from Alevo MFG - Material Exp for Snook - Billed | 2,662.20 | Project WIP | |
| 12/14/2016 | IAP-205-US - 169253 - HPE Aruba 205 | 504.86 | Assets Under Construction PPE | MBX Systems |
| 1/1/2017 | Inertia LineBOSS Gang Operated Air Break Switch  Vertical R | 2,850.00 | Project WIP | |
| 12/1/2016 | Inertia LineBOSS Gang Operated Air Break Switch  Vertical Riser Configuration  35 KV Voltage Rat.. | 2,850.00 | Assets Under Construction PPE | Solomon Corporation |
| 2/10/2017 | Installment includes: Materials, labor, and installation of | 4,825.00 | Project WIP | |
| 12/9/2016 | Installment includes: Materials, labor, and installation of 180 LF of 6'h chain link fence with ... | 4,825.00 | Assets Under Construction PPE | Long Fence Company, Inc |
| 11/11/2016 | Interconnection Tie - Application Fee | 500.00 | Assets Under Construction PPE | Hagerstown Light Department |
| 8/10/2017 | Inv# 201702196 - Lightning Arrestor | 3,774.28 | Project WIP | |
| 5/1/2017 | Inv#s 42402 through 42674 - Electrical Work | 45,056.60 | Project WIP | |
| 5/22/2017 | Invoice 42401 (Budget Approved) | 2,611.76 | Project WIP | |
| 7/31/2017 | Jay J - AC & T CO INC.    HAGERSTOWN     MD | 11.00 | Project WIP | |
| 7/31/2017 | Jay J - TED`S RENT-IT CENTER HAGERSTOWN       MD | 351.20 | Project WIP | |
| 12/14/2016 | JD118B - 169337 - HPE X120 1G SFP LC SX Transceiver | 465.96 | Assets Under Construction PPE | MBX Systems |
| 12/14/2016 | JG299B - 169518 - HPE FlexNetwork 3600 24 v2 EI Switch | 839.30 | Assets Under Construction PPE | MBX Systems |
| 4/4/2017 | JG303B - Alevo HPE X110 100M SFP LC FX HPE X110 100M SFP LC | 788.24 | Project WIP | |
| 12/14/2016 | JH296A - 169251 - HPE MSR954 Router | 139.14 | Assets Under Construction PPE | MBX Systems |
| 4/1/2017 | K85842 - LO MMF AQUA FO CBLM LC/ST 50/125 10 ROHS - Fiber Ca | 79.96 | Project WIP | |
| 10/25/2016 | KA1992 - 25U OPEN FRAME RACK 4POST CABINET SQUARE HOLE BLACK 1000 LB TRIPP LITE | 284.13 | Assets Under Construction PPE | Micro Works Computer Center |
| 3/31/2017 | Kelly H - Border State E AMEX PHX - ESS Snook - Material | 1,401.37 | Project WIP | |
| 4/30/2017 | Kelly H - Material | 3,765.01 | Project WIP | |
| 12/7/2016 | Kenly Ave Substation Improvements Minor Site Plan Dwg D5836, 10 sets of 5 sheets for City Planni... | 120.00 | Assets Under Construction PPE | Fox & Associates Inc |
| 10/21/2016 | KU6722 - SWITCHED PDU 120V 30A L5-30P 2U RM 24X5-15/20R 1XL5-30R lOFT ATS TRIPP LITE | 703.15 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/31/2017 | Labor, On-site @ $148.75 p/hr X 24Hrs, M-F 7am-& past 6pm | 1,785.00 | Project WIP | |
| 1/31/2017 | Labor, Travel @ $148.75 p/hr X 8Hrs, M-F 7am-6pm | 595.00 | Project WIP | |
| 12/31/2016 | Landscaping | 400.01 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 12/31/2016 | Landscaping | (0.01) | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/18/2017 | Last Month Rent Steps | 40.00 | Project WIP | |
| 1/18/2017 | Last Month Rent Trailer | 100.00 | Project WIP | |
| 12/31/2016 | Laydown Area | 5,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 11/14/2016 | LBT3400    L-Bracket for Permanent Mount Antenna | 24.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 12/10/2016 | Lowes Permit Box - 12/06 | 13.76 | Assets Under Construction PPE | James Brokenshire |
| 2/28/2017 | Material - Lowes/Scott Elect/Newark One/Maryland Wholesale | 3,106.68 | Project WIP | |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 12/1/2016 | Material - Refrigerant | 18.18 | Assets Under Construction PPE | Johnson Controls |
| 1/28/2017 | Material from Lowes | 82.48 | Project WIP | |
| 2/10/2017 | Material, Labor and Installation of an additional 6' hx3' wi | 650.00 | Project WIP | |
| 1/19/2017 | MFR #0625-001 - Axis Communications P1427-LE 5MP Outdoor Bul | 1,380.00 | Project WIP | |
| 1/19/2017 | MFR #5026-204 - Axis Com. T8120 Power over Ethernet Midspan | 115.98 | Project WIP | |
| 1/19/2017 | MFR #5504-041 - Axis Com. T94F01P Conduit Back Box | 66.80 | Project WIP | |
| 1/19/2017 | MFR #SDSQUNC-064G-ANGIA - SanDisk 64GB Ultra UHS-I microSDXC | 37.90 | Project WIP | |
| 6/1/2017 | Milestone Payment | 3,034.50 | Project WIP | |
| 1/18/2017 | Minor site plan, 2 sets of 5 sheets for SCD | 24.00 | Project WIP | |
| 10/19/2016 | Model# ET9090210-EQ - Outdoor Telecom Cabinet (2 sets) | 4,474.00 | Assets Under Construction PPE | Tianjin Estel Electronic, LTD |
| 1/25/2017 | Mono / Bracket Mount | 49.00 | Project WIP | |
| 12/6/2016 | Multimode Adapter | 150.00 | Assets Under Construction PPE | Fibertronics Inc |
| 2/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 3/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 4/20/2017 | Office Container - Monthly Rental | 163.40 | Project WIP | |
| 5/9/2017 | Office Rental - 05/20/2017 - 06/19/2017 | 163.40 | Project WIP | |
| 6/20/2017 | Office Rental 6/20/17-7/19/17 | 163.40 | Project WIP | |
| 7/7/2017 | Office Trailer Rental | 163.40 | Project WIP | |
| 1/2/2017 | PAN-PA-200 - Palo Alto Networks PA-200 | 1,113.64 | Project WIP | |
| 1/2/2017 | PAN-PA-200 RCK - Rack Mount kit for PA-200 | 250.56 | Project WIP | |
| 1/2/2017 | PAN-SVC-PREM-200-1YR | 309.09 | Project WIP | |
| 12/14/2016 | PD-3501G-AC - 169256 - HPE Power Injector | 69.73 | Assets Under Construction PPE | MBX Systems |
| 2/2/2017 | Portable John Rental - 4 week rental @ 65.00 | 65.00 | Project WIP | |
| 12/7/2016 | Portable John Rental - 4 week rental @ 65.00 | 65.00 | Assets Under Construction PPE | AC & T |
| 5/1/2017 | POWER LINE FILTER - (4) Final - 65T9135 - 1200VDC - 2300A | 1,665.20 | Project WIP | |
| 1/13/2017 | POWER LINE FILTER, EMI/RFI, 2.3KA, 1.2KV; Capacitance:-; Vol | 1,857.15 | Project WIP | |
| 12/7/2016 | Prepare Building Permit Exhibit | 3,200.00 | Assets Under Construction PPE | Fox & Associates Inc |
| 12/7/2016 | Prepare minor site plan and submit to city ; meetings with agencies to expedite approva | 6,287.50 | Assets Under Construction PPE | Fox & Associates Inc |
| 3/7/2017 | PVC Pipe - Lowes | 7.30 | Project WIP | |
| 10/21/2016 | PX8053 - SMART UPS 3000VA 2700W 3U RM, 100V-120V L5-30P ONLINE L5-30R USB TRIPP LITE | 1,378.00 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | Q76642 - IOPK IOIN HOOK &  LOOP CABLE TIES TRIPP LITE | 15.25 | Assets Under Construction PPE | Micro Works Computer Center |
| 1/27/2017 | Radio Shack - Jumper leads | 144.60 | Project WIP | |
| 8/8/2017 | Reclass AccuTech # 684 157172 from FA sales tax to Snook | 61.02 | Project WIP | |
| 8/8/2017 | Reclass AccuTech # 684 157172 from FA to Snook | 871.74 | Project WIP | |
| 8/3/2017 | Reclass FA for Rocus PO to Snook | 185.71 | Project WIP | |
| 8/3/2017 | Reclass FA for Rocus PO to Snook | 2,062.86 | Project WIP | |
| 8/8/2017 | Reclass Power DRive #88366 FA sales tax to Snook | 275.08 | Project WIP | |
| 8/8/2017 | Reclass Power Drive #88366 FA to Snook | 3,929.77 | Project WIP | |
| 8/3/2017 | Reclass Sales Tax for Rocus PO to Snook | 157.40 | Project WIP | |
| 1/31/2017 | Rental Fee 1/20/17 - 2/16/17 | 315.00 | Project WIP | |
| 1/18/2017 | Renting - Entry Step | 40.00 | Project WIP | |
| 1/18/2017 | Renting - Office Trailer - 2 month minimum | 100.00 | Project WIP | |
| 12/1/2016 | Repair of the ESTEL HVAC Units - Labor - 7 Total Hours | 945.00 | Assets Under Construction PPE | Johnson Controls |
| 11/14/2016 | RF-TWS-6-SN    6ft. TWS-240 Antenna Cable SMA-Male/N-Male | 124.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 8/17/2017 | Ricardo G - MCNAUGHTON MCKAY ELE MADISON HEIGH    MI | 402.90 | Project WIP | |
| 7/31/2017 | Robert J - A C & T CO DISPATCH  HAGERSTOWN        MD - ESSF | 89.00 | Project WIP | |
| 4/30/2017 | Robert J - Newark Element - ESS Snook - Return Credit | (2,045.42) | Project WIP | |
| 6/1/2017 | Service Engineer Expenses | 5,829.09 | Project WIP | |
| 1/31/2017 | Service Engineer Expenses to commission an 890gt-B at Hagers | 125.00 | Project WIP | |
| 10/31/2016 | SFP-1GSXLC - MODULE, INTERFACE, 1000BASELSX,LC CONNECTOR | 236.00 | Assets Under Construction PPE | Power Drives Inc |
| 11/14/2016 | Shipping and Handling Fed Ex or UPS Ground. Prepaid and billed unless otherwise specified. | 28.21 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 3/24/2017 | Shipping Charge | 16.44 | Project WIP | |
| 4/4/2017 | Shipping Charges | 20.00 | Project WIP | |
| 12/8/2016 | Shipping Charges | 20.00 | Assets Under Construction PPE | MBX Systems |

| Date | Description | Amount | Category | Vendor |
|---|---|---|---|---|
| 1/18/2017 | Site plan 3 bond sets of 5 sheets | 36.00 | Project WIP | |
| 1/18/2017 | Site Plan and Cover Sheet - 4 bond sets of 5 pages and 3 cop | 55.20 | Project WIP | |
| 12/31/2016 | Site Preparation | 12,500.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/18/2017 | Site/Grading & SESC Plan sheet 3 or 5, 3 bond copies, 1 myla | 55.20 | Project WIP | |
| 5/1/2017 | Snook/Kiwi - Credit Partial Invoice # 556103 dtd 04/04/17 | (404.12) | Project WIP | |
| 3/31/2017 | Snook/Kiwi - Credit Partial Invoice Paid by Alevo USA Inc - | (2,237.00) | Project WIP | |
| 3/31/2017 | Snook/Kiwi-Credit Partial Invoice Paid By AUSA - Check# 223 | (2,747.71) | Project WIP | |
| 12/31/2016 | Substation Rock Surfacing | 10,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/30/2017 | Supervising Crane Director | 720.00 | Project WIP | |
| 11/14/2016 | SVC-MDM-PROV    Complete Modem Activation and Provisioning - Includes Testing and Configuration | 90.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 1/19/2017 | Test Concrete pour of pad to ensure strength is achieved alo | 601.50 | Project WIP | |
| 3/31/2017 | To reclass to Accounts Payable - Open PO Paid with Amex | (1,401.37) | Project WIP | |
| 11/14/2016 | TRA6927M3PBN-001    Laird 3G/4G Omni Directional Antenna | 280.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 12/31/2016 | Transformer/PCS Foundation | 18,000.00 | Assets Under Construction PPE | Huntzberry Brothers Inc |
| 1/1/2017 | Type VWVE-38 Recloser - Reconditioned  1-Shot Lockouts  34. | 8,925.00 | Project WIP | |
| 12/1/2016 | Type VWVE-38 Recloser - Reconditioned  1-Shot Lockouts  34.5kV Closing Coil  SEL or Cooper Form... | 8,925.00 | Assets Under Construction PPE | Solomon Corporation |
| 10/21/2016 | U38565 - TRIPP LITE SMARTRACK CAGE NUT KIT | 24.21 | Assets Under Construction PPE | Micro Works Computer Center |
| 10/21/2016 | U38568 - RACK ENCLOSURE HEAVY DUTY SHELF SERVER FIXED 25018 4POST COMPATIBLE | 71.97 | Assets Under Construction PPE | Micro Works Computer Center |
| 11/3/2016 | UN2875 - TRIPP LITE EXTERNAL 72V BATTERY PK FOR SELECT 2U RACK/TWR UPS SYST | 572.63 | Assets Under Construction PPE | Micro Works Computer Center |
| 4/3/2017 | Vendor Invoice Paid by Alevo USA Inc - BP000452 - Porta pott | 178.00 | Project WIP | |
| 11/14/2016 | VZW-4G-SIM-BUS    Verizon Wireless 4G LTE Business Grade Sim Card | 10.00 | Assets Under Construction PPE | Simple Communications Technologies, LLC |
| 1/25/2017 | Weather Station - MK-III Standard Package | 1,219.00 | Project WIP | |
| 11/1/2016 | YU7915 - TRIPP LITE SPORT SERIAL CONSOLE TERMINAL SERVER SWITCH BUILT-IN CELL MODEM | 1,205.26 | Assets Under Construction PPE | Micro Works Computer Center |