**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

IN RE:

ALEVO USA, INC.,                    CASE NO. 17-50876
                                    CHAPTER 11
    DEBTOR.

### FINAL REPORT OF ALEVO USA, INC.

COMES NOW Alevo USA, Inc. (the "Debtor"), by and through counsel, and submits the following Final Report as to the administration of its chapter 11 case:

1. On August 18, 2017 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code. On February 14, 2018, the Court entered an order authorizing this matter to convert to chapter 7 after a motion seeking conversion was filed by the Debtor. No chapter 11 Plan of Reorganization was submitted or approved.

2. As reported in the monthly operating reports, the receipts and disbursements during the pendency of the chapter 11 case were as follows:

| Operating Month | Receipts | Disbursements |
|---|---:|---:|
| August 2017 | $0.03 | $1,000.81 |
| September 2017 | $571,451.98 | $210,503.87 |
| October 2017 | $388,454.01 | $745,985.68 |
| November 2017 | $42,165.56 | $148,775.88 |
| December 2017 | $0.00 | $10,644.80 |
| January 2018 | $0.00 | $399.25 |

3. During the chapter 11 case administration, Debtor continued its administrative supervision of its affairs including employment of the key personnel who managed both the Debtor's case and that of Alevo Manufacturing, Inc. During the case, the Debtor oversaw the activities of Snook, a gridbank located in Hagerstown, MD. Assets owned by the Debtor included "Alevo Analytics" a service division which had value at the beginning of the case, but which ultimately lost

value and could not be sold after the Debtor's motion to sell Alevo Analytics was opposed by creditors and approval to sell it was denied.

4.Professional fees and expenses were allowed and paid as follows, except as noted:

| Professional | Services Rendered | Amount Approved | Amount Paid |
|---|---|---|---|
| Nelson Mullins Riley & Scarborough LLP | Counsel for Debtor (8/19 – 10/31/17) | $84,057.38 | $84,057.38 |
| Nelson Mullins Riley & Scarborough LLP | Counsel for Debtor (11/1 – 12/31/17) | $30,059.22 | $30,059.22 |
| Nelson Mullins Riley & Scarborough LLP | Counsel for Debtor (1/1 – 2/14/18) | $18,103.34 *Approval Pending*[1] | |
| *Subtotals – Nelson Mullins Riley & Scarborough LLP:* | | *$132,219.94* | *$114,116.60* |

| Professional | Services Rendered | Amount Approved | Amount Paid |
|---|---|---|---|
| BDO USA, LLP | Accountant for Debtor (10/2 – 12/6/17) | $127,712.20 | $127,712.20 |
| *Subtotals – BDO USA, LLP:* | | *$127,712.20* | *$127,712.20* |

| | | | |
|---|---|---|---|
| *Grand Total – Professional Fees:* | | *$259,932.14* | *$241,828.80* |

5.Court costs were paid as follows:

| Court Payee | Chapter 11 Quarterly Fees | Amount |
|---|---|---|
| Clerk, US Bankruptcy Court | 3rd Quarter 2017 | $1,625.00 |
| Clerk, US Bankruptcy Court | 4th Quarter 2017 | $4,875.00 |
| | *Total:* | *$6,500.00* |

Respectfully submitted this the 21st day of March, 2018.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Terri L. Gardner*
Terri L. Gardner
N.C. State Bar No. 9809
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Facsimile: (919) 329-3799
Email: terri.gardner@nelsonmullins.com

*Counsel for Alevo USA, Inc.*

---

[1] The Final Application for Allowance of Compensation and Reimbursement of Expenses by Nelson Mullins Riley & Scarborough LLP [January 1, 2018 through February 14, 2018] was filed on March 16, 2018; however, no order or memorandum approving or denying the application was entered by the Court.