**SO ORDERED.**

**SIGNED this 9th day of March, 2020.**



_____
UNITED STATES BANKRUPTCY JUDGE

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALEVO USA, INC. | ) | BANKRUPTCY CASE NUMBER |
| | ) | B-17-50876-C-7 |
| DEBTOR. | ) | |
| _____ | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| ALEVO MANUFACTURING, INC. | ) | BANKRUPTCY CASE NUMBER |
| | ) | B-17-50877-C-7 |
| DEBTOR. | ) | |
| _____ | ) | |

**ORDER ON TRUSTEE'S MOTION FOR AID IN DISTRIBUTION**

**THIS MATTER** coming on before the above signed United States Bankruptcy Judge upon Trustee's Motion for Order in Aid of Distribution and Allocation of Settlement Funds (Doc. No. 269) (the "Motion") by James C. Lanik, Chapter 7 Trustee ("Trustee") for the Debtor, filed February 11, 2020, for approval of an 80/20 split of the Settlement Proceeds, the Settlement Costs, and the Bootsmead Payment between Alevo USA, Inc. and Alevo Manufacturing, Inc. as set out in the Motion. After Amended Notice to all parties of interest in this matter mailed by the Office of the Clerk, United States Bankruptcy Court on February 13, 2020, that if no objections were filed on or before February 28, 2020, the Court would consider the Motion without a

hearing; and if written objections were filed a hearing would be held on March 11, 2020 at 11:00 a.m. at the United States Bankruptcy Court located at 601 W. 4th Street, Suite 100, Winston Salem, North Carolina to consider the Motion;

**IT APPEARING** that no objections were filed to Trustee's Motion on or before the deadline of February 28, 2020, and after review of said Motion, the Court file, and all pleadings and filings in the case, the Court finds that the relief requested is in the best interests of the estates in the above-captioned cases and their respective parties-in-interest.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Trustee is authorized to allocate the Settlement Proceeds, including, but not limited to, the Settlement Costs, the Bootsmead payment, and the Estate 10% Carveout, between the estates in the above-captioned cases as set out below:

|  | TOTAL | Alevo USA Allocation | Alevo Mfg. Allocation |
|---|---:|---:|---:|
| Settlement Proceeds | $ 800,000.00 | $ 640,000.00 | $ 160,000.00 |
| NexenPruet expenses | $ (3,369.78) | $ (2,695.82) | $ (673.96) |
|  | $ 796,630.22 | $ 637,304.18 | $ 159,326.04 |
| Bootsmead reimbursement | $ (25,000.00) | $ (20,000.00) | $ (5,000.00) |
|  | $ 771,630.22 | $ 617,304.18 | $ 154,326.04 |
| NexsentPruet 1/3 contingency fee | $ (257,210.04) | $ (205,768.03) | $ (51,442.01) |
|  | $ 514,420.18 | $ 411,536.14 | $ 102,884.04 |
| Bootsmead Payment | $ (462,978.16) | $ (370,382.53) | $ (92,595.63) |
| **Estate 10% Carveout** | $ 51,442.02 | $ 41,153.61 | $ 10,288.40 |

**[END OF DOCUMENT]**

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALEVO USA, INC. | ) | **BANKRUPTCY CASE NUMBER** |
| | ) | **B-17-50876-C-7** |
| DEBTOR. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALEVO MANUFACTURING, INC. | ) | **BANKRUPTCY CASE NUMBER** |
| | ) | **B-17-50877-C-7** |
| DEBTOR. | ) | |
| _____ | ) | |

**PARTIES TO BE SERVED:**

**United States Bankruptcy Court
Administrator- William P. Miller**
P.O. Box 1828
Greensboro, NC  27420
bancm_ecf@ncmba.uscourts.gov

**Terri L. Gardner**
Nelson Mullins Riley & Scarborough, LLP
PO Box 30519
Raleigh, NC 27622
Terri.gardner@nelsonmullins.com

**Brian R. Anderson**
Nexsen Pruet, PLLC
701 Green Valley Road, Suite 100
Greensboro, NC 27408
Banderson@nexsenpruet.com

**Bootsmead Leasing LLC**
Attn: Managing Agent/Officer
2820 Selwyn Avenue, Suite 550
Charlotte, NC 28209

**Sarah R. Borders
Jonathan W. Jordan**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
sborders@kslaw.com
jjordan@kslaw.com